Filed 24 November 20 A11:51
Marilyn Burgess - District Clerk
Harris County
EA001_2357281
By: DELGADO, FABIAN

| | | |
|---|---|---|
| THE STATE OF TEXAS<br>VS.<br>**FERAS MOUSILLI**<br>**8008 WOODWAY DR**<br>**HOUSTON TX 77063** | SPN: **01453100**<br>DOB: **W M 01/31/1978**<br>DATE PREPARED: **11/20/2024** | D.A. LOG NUMBER: **3105533**<br>CJIS TRACKING NO.: **927195484XA001**<br>AGENCY:**HPD**<br>O/R NO: **091564224**<br>ARREST DATE: **11/19/2024 08:00pm** |

NCIC CODE: **3699 96**         RELATED CASES:

FELONY CHARGE: **SEXUAL PERFORMANCE BY CHILD**

CAUSE NO: **189408801010**                              COURT ORDERED BAIL: **Refer to (15.17)**
HARRIS COUNTY DISTRICT COURT NO: **178**               PRIOR CAUSE NO:
FIRST SETTING DATE: **11/21/2024**                      CHARGE SEQ NUM: **1**

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Before me, the undersigned Assistant District Attorney of Harris County, Texas, this day appeared the undersigned affiant, who under oath says that he has good reason to believe and does believe that in Harris County, Texas, **FERAS MOUSILLI**, hereafter styled the Defendant, heretofore on or about **May 10, 2024**, did then and there unlawfully, knowing the character and content of the material, produce and direct a performance, to-wit: a motion picture, that included sexual conduct, to-wit: sexual contact, masturbation, lewd exhibition of the breast below the areola, and lewd exhibition of the genitals, by a child younger than eighteen years of age, namely, A.G.

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Signed and sworn by me on  11/20/2024

_(signature)_
Christopher R Lopez
AFFIANT

Duly attested by me on  11/20/2024

_(signature)_
Kimberly Arcuri
Assistant District Attorney
Harris County District Attorney's Office
TBC No. 24135523
ARCURI_KIMBERLY@DAO.HCTX.NET

**COMPLAINT**

Unofficial Copy Office of Marilyn Burgess District Clerk

| | | |
|---|---|---|
| THE STATE OF TEXAS<br>VS.<br>**FERAS MOUSILLI**<br>**8008 WOODWAY DR**<br>**HOUSTON,TX 77063** | SPN: 01453100<br>DOB: **W M 1/31/1978**<br>DATE PREPARED: **4/15/2025** | D.A. LOG NUMBER: 3105533<br>CJIS TRACKING NO.: 927195484XA001<br>BY: **DO**  DA NO: 2764733<br>AGENCY: **HPD**<br>O/R NO: 091564224<br>ARREST DATE: **11/20/2024** |

NCIC CODE: 369996                    RELATED CASES:

FELONY CHARGE: **SEX/PER/BY CHILD/PRO/DIR/PRO**

CAUSE NO: 1894088                                                                                COURT ORDERED BAIL:
HARRIS COUNTY DISTRICT COURT NO: 178                                         PRIOR CAUSE NO:
FIRST SETTING DATE:                                                                           CHARGE SEQ NUM: 1

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **FERAS MOUSILLI,** hereafter styled the Defendant, heretofore on or about **May 10, 2024**, did then and there unlawfully, knowing the character and content of the material, produce and direct a performance, to-wit: a motion picture, that included sexual conduct, to-wit: sexual contact, masturbation, lewd exhibition of the breast below the areola, and lewd exhibition of the genitals, by a child younger than eighteen years of age, namely, A.G.

FILED
Marilyn Burgess
District Clerk
APR 17 2025
Time: 4:17:25
By: _____ Deputy
Harris County, Texas

Foreman   487th

_____
FOREMAN OF THE GRAND JURY

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

INDICTMENT

**EXHIBIT A**