Case 4:25-cv-05642    Document 1-2    Filed on 11/23/25 in TXSD    Page 1 of 4

24/7 Live    90°

**INTERNET SEX CRIMES**

# Houston lawyer arrested after allegedly meeting 16-year-old on Bumble and having sexual relations



By Pooja Lodhia
Friday, November 22, 2024



A prominent Houston attorney is now accused of a sexual encounter with a 16-year-old, and according to investigators, it was captured on camera.

HOUSTON, Texas (KTRK) -- A prominent Houston attorney is now accused of a sexual encounter with a 16-year-old, and according to investigators, it was captured on camera.

Feras Mousilli, 46, was arrested on Tuesday at Bush Airport and has since bonded out of jail.

Mousilli has been charged with sexual performance by a child.

**EXHIBIT B**

8/14/25, 10:55 AM Houston lawyer Feras Mousilli arrested at IAH after allegedly meeting 16-year-old on Bumble and having sexual relations with her …

Case 4:25-cv-05642    Document 1-2    Filed on 11/23/25 in TXSD    Page 2 of 4

A judge has issued a protective order, requiring he stay away from the 16-year-old and her family.

He has also been ordered not to use any smart phones or other electronic devices.

According to his firm's website, Mousilli specializes in technology law.

"There are electronic devices involved in this case that have evidence that's germane to this case. Essentially, it's pornographic evidence, and the concern for myself as the representative of the court at this point in time is I don't want you accessing any kind of child pornography or those kinds of things because this incident involves a child," a judge said.

Court documents show a 16-year-old girl reported to the Texas Department of Family and Protective Services that she had been having sexual intercourse and that she had met Mousilli on the dating app Bumble.

Investigators report finding screenshots and video on her phone, with at least one video from on or about May 10, according to those investigators, that showed both her and Mousilli naked.

"The evidence that I'm aware of is pretty damning. I'm not going to take the chance of you doing something else to some other kid if that's what happened. There is evidence of communication between you and the child that resulted in meetings where you allegedly did things with this child and, etc., so yeah, those are restrictions that I'm imposing," the judge told him.

Court documents show the girl told investigators she had shown Mousilli her passport with her date of birth and said he had admitted to her that he could go to jail.

Mousilli's attorney released the following statement.

"Mr. Mousilli has worked his entire career to build a strong reputation. Everything that he is being accused of in time will be proven to be false. These allegations have shocked Mr. Mousilli and we are asking you to use an abundance of caution in reporting this information because once the investigation is complete, it will be very clear he was the victim of a deliberate fraud, leading to this unjust charge," the statement read.

**EXHIBIT B**

Case 4:25-cv-05642    Document 1-2    Filed on 11/23/25 in TXSD    Page 3 of 4

Mousilli is due back in court in January.

For more on this story, follow Pooja Lodhia on *Facebook*, *X* and *Instagram*.

Report a correction or typo

Copyright © 2025 KTRK-TV. All Rights Reserved.

## Related Topics

HOUSTON    INTERNET SEX CRIMES    CHILD SEX ABUSE    CHILD SEX ASSAULT

SEX ABUSE    SEX ABUSE AGAINST CHILDREN    SEX CRIMES



abc13

### Topics

Weather

Traffic

Watch

Photos

Apps

### Regions

Houston

Southwest

Southeast

Northwest

Northeast

### Categories

Localish

Action 13

Texas True Crime

13 Unsolved

**EXHIBIT B**

8/14/25, 10:55 AM Houston lawyer Feras Mousilli arrested at IAH after allegedly meeting 16-year-old on Bumble and having sexual relations with her …

Case 4:25-cv-05642   Document 1-2   Filed on 11/23/25 in TXSD   Page 4 of 4



EXHIBIT B