AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   4:25-cv-05642

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Daniel McNary "Mac" Leckrone**
was recieved by me on **12/03/2025:**

☐   I personally served the summons on the individual at *(place)* on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of  organization)*; or

☒   I returned the summons unexecuted because **No contact** after attempting service at **1895 NW Remarkable Dr, Bend, OR 97703**; or

☐   Other *(specify)*


My fees are $ 0 for travel and **$ 95.00** for services, for a total of **$ 95.00**.

I declare under penalty of perjury that this information is true.

Date:   12/15/2025

*Server's signature*

**Andrew Roy**
*Printed name and title*

**744 NW Broadway St
#11
Bend, OR 97703**

*Server's address*

Additional information regarding attempted service, etc:

**12/5/2025 10:23 AM: There was no answer at the address.
12/6/2025 11:57 AM: There was no answer at the address.  Dog barking from inside home.
12/9/2025 3:17 PM: There was no answer at the address.
12/10/2025 10:42 AM: There was no answer at the address.  No activity or changes observed since my last visit.
12/11/2025 10:06 AM: I sent a text message to number ending in 5404.  Waiting for a response.
12/11/2025 11:05 AM: There was no answer at the address.
12/13/2025 6:41 PM: There was no answer at the address.**



EXHIBIT B

Tracking #: **0199325227**

