IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LEMA MOUSILLI,<br>*Plaintiff,* | § § § | |
| v. | § § | CIVIL CASE NO.<br>_____ |
| DANIEL MCNARY "MAC"<br>LECKRONE,<br>*Defendant.* | § § § § | JURY DEMANDED |

**ORDER GRANTING PLAINTIFF'S MOTION FOR SUBSTITUTED SERVICE**

Before the Court is Plaintiff's Motion for Substituted Service. Having considered the Motion, the evidence, and applicable law, the Court finds that the Motion is well-taken and should be **GRANTED**.

It is therefore **ORDERED** that:

1. Plaintiff is authorized to serve Defendant Daniel McNary "Mac" Leckrone with the Summons, Complaint, and a copy of this Order by electronic mail to mac@lloydmousilli.com.

2. Service shall be deemed complete upon transmission of the email. Plaintiff shall file an affidavit of service with the Court, including proof of transmission and any delivery receipt.

3. Defendant shall have 21 days from the date of service to file an answer or motion under Rule 12.

4. Plaintiff is awarded costs pursuant to Federal Rule of Civil Procedure 4(d)(2) in an amount to be determined upon submission of a bill of costs.

SIGNED this _____ day of _____, 2026.

                                                              _____
                                                                **PRESIDING JUDGE**

ORDER GRANTING PLAINTIFF'S MOTION FOR SUBSTITUTED SERVICE