UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Lema Mousilli

v.  Case Number: 4:25–cv–05642

Daniel McNary Leckrone

NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Yvonne Y Ho

**PLACE:**
by video
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 5/1/2026

**TIME:** 10:30 AM

**TYPE OF PROCEEDING:** Initial Conference

Date:   February 3, 2026

Nathan Ochsner, Clerk