Case 4:25-cv-05642   Document 9   Filed 02/20/26 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
February 20, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LEMA MOUSILLI, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-05642 |
| | § | |
| DANIEL MCNARY LECKRONE, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is Plaintiff's Motion for Substituted Service (the "Motion") (Doc. #7) of process on Defendant Daniel McNary Leckrone. Having considered the Motion and supporting affidavit, the Court finds good cause to GRANT the Motion. Doc. #7. It is ORDERED that Plaintiff is hereby authorized to serve a copy of the Summons and Complaint in this matter by:

(1) Sending a copy of the Summons and Complaint, along with a copy of this Order, by electronic mail to mac@lloydmousilli.com;

(2) Affixing a copy of the Summons and Complaint, along with a copy of this Order, to the front door of 1895 NW Remarkable Drive, Bend, Oregon 97703;

(3) Sending a copy of the Summons and Complaint, along with a copy of this Order, to 1895 NW Remarkable Drive, Bend, Oregon 97703 via Certified Mail with Return Receipt Requested; and

(4) Sending a copy of the Summons and Complaint, along with a copy of this Order, to 1895 NW Remarkable Drive, Bend, Oregon 97703 via First Class Mail.

It is further ORDERED that service of process will be deemed complete upon Plaintiff's compliance with this Order. Plaintiff shall file an affidavit of service with the Court, including proofs of transmission and any delivery receipts. Defendant shall have twenty-one (21) days from the date of service to file an answer or motion under Federal Rule of Civil Procedure 12(a). Finally, Plaintiff is hereby awarded costs pursuant to Federal Rule of Civil Procedure 4(d)(2) in an amount to be determined upon submission of a bill of costs.

It is so ORDERED.

FEB 2 0 2026
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge