**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **LEMA MOUSILLI,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **CIVIL CASE NO.** |
| | § | **4:25-cv-05642** |
| **DANIEL MCNARY "MAC"** | § | **JURY DEMANDED** |
| **LECKRONE,** | § | |
| *Defendants.* | § | |
| | § | |

---

**DEFENDANT DANIEL MCNARY LECKRONE'S
CERTIFICATE OF INTERESTED PARTIES**

---

   **COMES NOW, DEFENDANT DANIEL MCNARY LECKRONE,** in the above-entitled and number cause and files this *Defendant's Certificate of Interested Parties*, and certifies that the following list is all known persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations or other legal entities that are financially interested in the outcome of this litigation.

1. **Defendant Daniel McNary Leckrone**
   c/o Elizabeth Revere – Attorney-in-Charge
   Texas State Bar No. 00791513
   S.D. Texas Bar No. 18329
   ELIZABETH REVERE, PLLC
   804 Sabine Street
   Houston, Texas 77007
   Tel: (281) 924-8845
   Fax: (832) 201-0584
   *service@bethrevere.com*
   *beth@bethrevere.com*

2. **Elizabeth Revere, Esq.**
   Texas State Bar No. 00791513
   S.D. Texas Bar No. 18329
   ELIZABETH REVERE, PLLC
   804 Sabine Street
   Houston, Texas 77007

DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES

Tel: (281) 924-8845
Fax: (832) 201-0584
*service@bethrevere.com*
*beth@bethrevere.com*

3.  **Plaintiff Lema Mousilli**
    c/o Lloyd E. Kelley
    Attorney-in-charge
    Texas State Bar No.11203180
    S.D. Texas Bar No. 13497
    THE KELLEY LAW FIRM
    2726 Bissonnet Ste 240 PMB 12
    Houston, Texas 77005
    Tel: (281) 492-7766
    Fax: (281) 652-5973
    *kelley@lloydekelley.com*

4.  **Lloyd E. Kelley**
    Texas State Bar No.11203180
    S.D. Texas Bar No. 13497
    THE KELLEY LAW FIRM
    2726 Bissonnet Ste 240 PMB 12
    Houston, Texas 77005
    Tel: (281) 492-7766
    Fax: (281) 652-5973
    *kelley@lloydekelley.com*

5.  **Lema Mousilli, Of Counsel**
    Texas State Bar No. 24056016
    S.D. Texas Bar No. 1358290
    MOUSILLI LAW, PLLC
    11807 Westheimer Road
    Suite 550, PMB 624
    Houston, TX 77077
    Tel: (281) 305-9313
    *lema@mousillilaw.com*
    *service@mousillilaw.com*

DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES

Dated: April 2, 2026

Respectfully submitted,

By:    /s/ *Elizabeth Revere*
ELIZABETH REVERE
State Bar No. 00791513
S.D. Texas Bar No. 18329
**ELIZABETH REVERE, PLLC**
804 Sabine Street
Houston, Texas 77007
Tel: (281) 924-8845
Fax: (832) 201-0584
*service@bethrevere.com*
**ATTORNEY FOR DEFENDANT**
**DANIEL MCNARY LECKRONE**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on all counsel of record, pursuant to the District's ECF service rules on **April 2, 2026,** *via electronic filing system.*

/s/ *Elizabeth Revere*
Elizabeth Revere

DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES