**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **LEMA MOUSILLI,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **CIVIL CASE NO.** |
| | § | **4:25-cv-05642** |
| **DANIEL MCNARY "MAC"** | § | **JURY DEMANDED** |
| **LECKRONE,** | § | |
| *Defendants.* | § | |
| | § | |

## PROPOSED SCHEDULING ORDER

1.  July 31, 2026    **AMENDMENTS TO PLEADINGS AND ADDITION OF NEW PARTIES**
Party requesting joinder will furnish a copy of this scheduling order to new parties.

**EXPERTS**

2a.  September 1, 2026    Deadline for party with burden of proof on any issue to designate experts and provide any reports under Rule 26(a)(2)(B).

2b.  October 1, 2026    Deadline for response experts and related Rule 26(a)(2)(B) reports.

**DISCOVERY**

3.  January 15, 2027    The parties may, by agreement, continue discovery beyond the deadline.

**DISPOSITIVE MOTIONS DEADLINE**

4.  February 15, 2027    Includes any motion challenging an expert witness. This deadline cannot be changed without leave of court.

**JOINT PRETRIAL ORDER**

5.  To be determined by the Court    The plaintiff is responsible for filing the pretrial order on this date. Motions in limine must also be filed by this date.

6.    <u>To be determined by</u>    **DOCKET CALL** at 1:30 p.m. in Courtroom 704.
      <u>the Court</u>

7.    <u>To be determined by</u>    **TRIAL** begins at 9:00 a.m. in Courtroom 704.
      <u>the Court</u>

The Clerk shall enter this Order and provide a copy to all parties.


SIGNED on _____, 2026, at Houston, Texas.


_____

Yvonne Y. Ho
United States Magistrate Judge

2