United States District Court
Southern District of Texas
**ENTERED**
May 08, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| Lema Mousilli, | § |
|  | § |
|  | § |
| *Plaintiff,* | § |
|  | § Civil Action No. 4:25-cv-05642 |
| v. | § |
|  | § |
| Daniel McNary "Mac" Leckrone, | § |
|  | § |
| *Defendant.* | § |

## SCHEDULING ORDER

1.  July 31, 2026    **AMENDMENTS TO PLEADINGS AND ADDITION OF NEW PARTIES**
Party requesting joinder will furnish a copy of this scheduling order to new parties.

**EXPERTS**

2a.  September 1, 2026   Plaintiff, or party with the burden of proof, will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rule of Civil Procedure 26(A)(2).

2b.  October 1, 2026    Defendant, or party without the burden of proof, will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rule of Civil Procedure 26(A)(2).

**DISCOVERY**

3.  January 15, 2027   Counsel may, by agreement, continue discovery beyond the deadline. No continuance will be

granted because of information acquired in post−deadline discovery.

**MOTIONS DEADLINE**

4.    February 16, 2027    Including any motion challenging an expert witness (only motions in limine on issues other than experts may be filed after this date). The motion deadline may not be changed by agreement.

**JOINT PRETRIAL ORDER**

5a.    May 28, 2027    THE DEFENDANT shall supply the Plaintiff with a final version of its pretrial order by this date. (Where available, Defendant should supply Plaintiff with an electronic copy.)

5b.    June 11, 2027    THE PLAINTIFF is responsible for filing the pretrial order on this date. All Motions in Limine must also be filed by this date.

6.    June 25, 2027    **DOCKET CALL** is set at 1:30 p.m. in Courtroom 9A

7.    June 28, 2027    **JURY TRIAL** is set at 9:00 a.m. in Courtroom 9A.

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED on May 1, 2026, at Houston, Texas.

Yvonne Y. Ho
United States Magistrate Judge