**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **LEMA MOUSILLI,** *Plaintiff,* | § | |
| | § | |
| | § | |
| **v.** | § | **CIVIL CASE NO. 4:25-cv-05642** |
| | § | |
| **DANIEL MCNARY "MAC" LECKRONE,** | § | **JURY DEMANDED** |
| *Defendant.* | § | |
| | § | |

**PLAINTIFF'S DESIGNATION OF EXPERT WITNESSES**

**COMES NOW, PLAINTIFF, LEMA MOUSILLI**, ("**Plaintiff**"), in the above-styled matter and hereby files this *Plaintiff's Designation of Expert Witnesses* ("**Designation**"), by and through her undersigned attorney in accordance with FEDERAL RULE OF CIVIL PROCEDURE 26. Plaintiff hereby designates the following as expert witnesses:

1. Lloyd E. Kelley
   Attorney-in-charge
   Texas State Bar No. 11203180
   SDTX Federal ID No. 13497
   **THE KELLEY LAW FIRM**
   2726 Bissonnet, Ste. 240, PMB 12
   Houston, Texas 77005
   Telephone: 281-492-7766
   Telecopier: 281-652-5973
   Email: *kelley@lloydekelley.com*

Lloyd Kelley (**"Mr. Kelley"**) is Plaintiff's attorney and is expected to provide testimony in support of Plaintiff's claims for, and in opposition to Defendant's claims for, attorney's fees. He will base his testimony on his participation in this matter, experience as an attorney, and familiarity with the reasonable and necessary court costs and attorney fees customarily charged by

practicing attorneys in both state and federal courts, including in the State of Texas, this District, and all other Federal Districts in Texas and incurred by parties.

Mr. Kelley has not prepared reports, but has reviewed all existing, and will review all future, pleadings, documents, and correspondence produced and on file in this matter. The subject matter about which Mr. Kelley is expected to testify includes: the subject of attorneys' fees; what the reasonable and necessary amount of attorneys' fees would be for the handling of this action (hereinafter, the "**Lawsuit**") and the claims pled in the Lawsuit, including Plaintiff's claims in this case, Plaintiff's defense of the claims against it, and prosecution of the claims it asserts; whether the attorneys' fees incurred, or the time and activities undertaken, by the attorneys in this matter were reasonable and necessary; the reasonableness and necessity of any claimed attorneys' fees; the subject of attorneys' fees and what a reasonable and necessary amount of attorneys' fees would be for the prosecution and handling of the case.

The mental impressions and opinions held by Mr. Kelley concern the reasonableness and necessity of attorneys' fees incurred to prosecute this case through the time of trial; that Mr. Kelley has experience handling, prosecuting, and defending cases similar to this Lawsuit; whether the rates charged by the Parties' attorneys and paralegals in this case are fair and reasonable; and whether the work performed by the attorneys was reasonable and necessary in view of the facts and circumstances of this specific case.

Mr. Kelley is also expected to testify regarding opinions concerning the following issues on attorneys' fees, including the facts and law supporting those opinions:

1. The necessity of the fees incurred.
2. The reasonableness of the fees incurred, including the base (hours worked and the amount charged per hour), the description of the work performed, whether the work was necessary to the prosecution or defense of the case (or both), and whether the fees were reasonable.

He will also testify regarding the reasonable hourly rate prevailing in the county for similar work.

3. The applicability and analysis of any adjustment factors, including:

   a. The time and labor required, the novelty and the difficulty of the questions involved, and the skill required to perform the legal services properly;

   b. The likelihood that the acceptance of the particular employment precluded other employment by the lawyers;

   c. The fee customarily charged in the locality for similar legal services;

   d. The amount involved and the results obtained;

   e. The time limitations imposed by the client or the circumstances;

   f. The nature and length of the professional relationship with the client;

   g. The experience, reputation, and ability of the lawyers performing the services; and

   h. Whether the fee is fixed or contingent on results obtained and the uncertainty of collection before the legal services have been rendered.

Mr. Kelley is also expected to testify regarding whether Plaintiff's incurred attorneys' fees were necessary when so incurred, whether Defendant's incurred attorneys' fees were necessary when so incurred, and whether those fees were reasonable.

Mr. Kelley is also expected to testify regarding the experience, reputation, and ability of both Plaintiff's and Defendant's lawyers, and refers to his bio in support thereof providing some of the bases substantiating those opinions, and Mr. Kelley incorporates his bio by reference as if set forth fully herein. Mr. Kelley has not yet formed mental impressions and opinions regarding Defendant's fees as the Parties have not yet exchanged attorneys' invoices. Mr. Kelley will supplement as soon as possible upon receiving such documents.

The facts known to Mr. Kelley include, *inter alia*: the attorneys' education, experience, background, and training; review of the current pleadings, motions, and discovery filed or served in this Lawsuit; knowledge of the attorneys' law practice; knowledge of the attorneys' practice,

teaching, publications, education, training, and experience; litigating cases in state and federal courts in Harris County, the State of Texas, and the legal market in the Southern District of Texas.

Plaintiff reserves the right to revise, amend, and/or supplement this response as necessary. Plaintiff hereby expressly reserves the right to, and hereby does, cross-designate any and all expert witnesses designated by Defendant or any other parties in this Lawsuit. Such cross-designation may occur at any time permitted by applicable rules, court orders, or other governing authorities. Plaintiff further reserves the right to rely on the opinions, reports, depositions, or testimony of any expert witnesses so cross-designated, for all purposes permissible under the law, including, but not limited to, impeachment, rebuttal, and/or as affirmative evidence in support of Plaintiff's claims or defenses or in opposition to Defendant's claims or defenses.

2. Lema Mousilli
   Texas State Bar No. 24056016
   S.D. Bar No. 1358290
   **MOUSILLI LAW, PLLC**
   11807 Westheimer Road
   Suite 550 PMB 624
   Houston, TX 77077
   Tel: (281) 305-9313
   *lema@mousillilaw.com*
   *service@mousillilaw.com*

Lema Mousilli (**"Ms. Mousilli"**) is Plaintiff's attorney and is expected to provide testimony in support of Plaintiff's claims for, and in opposition to Defendant's claims for, attorney's fees. She will base her testimony on her participation in this matter, experience as an attorney, and familiarity with the reasonable and necessary court costs and attorney fees customarily charged by practicing attorneys in both state and federal courts, including in the State of Texas, this District, and all other Federal Districts in Texas and incurred by parties.

Ms. Mousilli has not prepared reports, but has reviewed all existing, and will review all future, pleadings, documents, and correspondence produced and on file in this matter. The subject matter about which Ms. Mousilli is expected to testify includes: the subject of attorneys' fees; what the reasonable and necessary amount of attorneys' fees would be for the handling of this action (hereinafter, the "**Lawsuit**") and the claims pled in the Lawsuit, including Plaintiff's claims in this case, Plaintiff's defense of the claims against it, and prosecution of the claims it asserts, whether the attorneys' fees incurred or the time and activities undertaken by the attorneys in this matter were reasonable and necessary; the reasonableness and necessity of any claimed attorneys' fees; the subject of attorneys' fees and what a reasonable and necessary amount of attorneys' fees would be for the prosecution and handling of the case.

The mental impressions and opinions held by Ms. Mousilli concern the reasonableness and necessity of attorneys' fees incurred to prosecute this case through the time of trial; that Ms. Mousilli has experience handling, prosecuting, and defending cases similar to this Lawsuit; whether the rates charged by the Parties' attorneys and paralegals in this case are fair and reasonable; and whether the work performed by the attorneys was reasonable and necessary in view of the facts and circumstances of this specific case.

Ms. Mousilli is also expected to testify regarding opinions concerning the following issues on attorneys' fees, including the facts and law supporting those opinions:

1. The necessity of the fees incurred.

2. The reasonableness of the fees incurred, including the base (hours worked and the amount charged per hour), the description of the work performed, whether the work was necessary to the prosecution or defense of the case (or both), and whether the fees were reasonable. She will also testify regarding the reasonable hourly rate prevailing in the county for similar work.

3. The applicability and analysis of any adjustment factors, including:

a. The time and labor required, the novelty and the difficulty of the questions involved, and the skill required to perform the legal services properly;

b. The likelihood that the acceptance of the particular employment precluded other employment by the lawyers;

c. The fee customarily charged in the locality for similar legal services;

d. The amount involved and the results obtained;

e. The time limitations imposed by the client or the circumstances;

f. The nature and length of the professional relationship with the client;

g. The experience, reputation, and ability of the lawyers performing the services; and

h. Whether the fee is fixed or contingent on results obtained and the uncertainty of collection before the legal services have been rendered.

Ms. Mousilli is also expected to testify regarding whether Plaintiff's incurred attorneys' fees were necessary when so incurred, whether Defendant's incurred attorneys' fees were necessary when so incurred, and whether those fees were reasonable.

Ms. Mousilli is also expected to testify regarding the experience, reputation, and ability of both Plaintiff's and Defendant's lawyers, and refers to her bio in support thereof providing some of the bases substantiating those opinions, and Ms. Mousilli incorporates her bio by reference as if set forth fully herein. Ms. Mousilli's bio is available at https://mousillilaw.com/ and her resume will be made available upon request.

Ms. Mousilli has not yet formed mental impressions and opinions regarding Defendant's fees as the Parties have not yet exchanged attorneys' invoices. Ms. Mousilli will supplement as soon as possible upon receiving such documents.

The facts known to Ms. Mousilli include, *inter alia*: the attorneys' education, experience, background, and training; review of the current pleadings, motions, and discovery filed or served in this Lawsuit; knowledge of the attorneys' law practice; knowledge of the attorneys' practice,

teaching, publications, education, training, and experience; litigating cases in state and federal courts in Harris County, the State of Texas, and the legal market in the Southern District of Texas.

Plaintiff reserves the right to revise, amend, and/or supplement this response as necessary. Plaintiff hereby expressly reserves the right to, and hereby does, cross-designate any and all expert witnesses designated by Defendant or any other parties in this Lawsuit. Such cross-designation may occur at any time permitted by applicable rules, court orders, or other governing authorities. Plaintiff further reserves the right to rely on the opinions, reports, depositions, or testimony of any expert witnesses so cross-designated, for all purposes permissible under the law, including, but not limited to, impeachment, rebuttal, and/or as affirmative evidence in support of Plaintiff's claims or defenses or in opposition to Defendant's claims or defenses.

DATED: September 1, 2026

Respectfully submitted,

**THE KELLEY LAW FIRM**

*/s/ Lloyd E. Kelley*
LLOYD E. KELLEY
State Bar No. 11203180
2726 Bissonnet Ste 240 PMB 12
Houston, Texas 77005
Telephone: 281-492-7766
Telecopier: 281-652-5973
*kelley@lloydekelley.com*

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document, and any attachments, will be served on all counsel of record, in accordance with the governing rules of procedure regarding service on this September 1, 2026, via *electronic filing manager*.

*/s/ Lloyd E. Kelley*
Lloyd E. Kelley