Lema Mousilli <lema@mousillilaw.com>

# Mousilli vs. Leckrone- Motion for Leave

**Beth Revere** <beth@bethrevere.com> Mon, Aug 31, 2026 at 11:39 PM
To: Mousilli Lema <lema@mousillilaw.com>, Lloyd Kelley <kelley@lloydekelley.com>, Kimberly Ayres <kimberly@lloydekelley.com>
Cc: Mimi Campbell <mimi@bethrevere.com>

Hi, Lema,

I have been out of town. Now that I review the attachments to your email related to filing a motion, I see you sent the amended responses then.

When I emailed and agreed to the amendment, I erroneously assumed you would mention that the amended discovery had been sent rather than not acknowledging my email at all.

Please disregard my email below. You have provided the requested discovery. I will follow up to discuss any deficiencies.

Best regards,

Beth Revere

Elizabeth Revere, PLLC
Attorney, Mediator, SHRM- SCP
www.BethRevere.com
www.MediationMosaic.com
804 Sabine Street
Houston, Texas 77007
tel 281-924-8845
fax 832-201-0584

*Confidentiality Notice* - This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. It may also be privileged or otherwise protected by work product immunity or other legal rules. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. Thank you for your time and consideration.

On Mon, Aug 31, 2026 at 4:51 PM Beth Revere <beth@bethrevere.com> wrote:

> Hi, Lema,
>
> You notified me that your response to RFA #4 was wrong and I replied immediately that you could send over the amended response along with any attendant production necessitated by the change in answer without necessity of a motion. That courtesy was based on the understanding that, as an officer of the court, you would submit the amendment within a reasonable timeframe. You have known you needed to amend a request for admission for a week and have done nothing. Please respond tomorrow, including any relevant production, so that Court intervention regarding your request to amend and our immediate cooperation is not necessary.
>
> Have a good evening!
>
> Best regards,

Beth Revere

Elizabeth Revere, PLLC
Attorney, Mediator, SHRM- SCP
www.BethRevere.com
www.MediationMosaic.com
804 Sabine Street
Houston, Texas 77007
tel 281-924-8845

EXHIBIT
A

fax 832-201-0584

*Confidentiality Notice* - This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. It may also be privileged or otherwise protected by work product immunity or other legal rules. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. Thank you for your time and consideration.

On Tue, Aug 25, 2026 at 11:33 AM Beth Revere <beth@bethrevere.com> wrote:

> Hi, Lema,
>
> Just send over the amended answers to RFAs along with amended answers to RFPs as appropriate.
>
> Thanks.
>
> Beth Revere
>
> Elizabeth Revere, PLLC
> Attorney, Mediator, SHRM- SCP
> www.MediationMosaic.com
> 804 Sabine Street
> Houston, Texas 77007
> tel 281-924-8845
> fax 832-201-0584
>
> Confidentiality Notice - This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. It may also be privileged or otherwise protected by work product immunity or other legal rules. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. Thank you for your time and consideration.
>
> On Aug 25, 2026, at 10:51, Lema Mousilli <lema@mousillilaw.com> wrote:
>
> Counsel,
>
> Plaintiff's response to Request for Admission No. 4, served yesterday night, contained an inadvertent error, which was corrected immediately upon discovery. The response to Request No. 4 should have been "Denied" rather than "Admitted."
>
> I intend to file a Motion for Leave to Withdraw and Amend the Response to Request for Admission No. 4. Please let us know whether Defendant opposes the relief requested so we can complete the Certificate of Conference.
>
> Thank you,
>
> **Lema Mousilli, JD/MBA** | Principal Attorney
> Mousilli Law - Attorneys & Counselors at Law
> www.mousillilaw.com