**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **LEMA MOUSILLI,** *Plaintiff,* | § § | |
| **v.** | § § | **CIVIL CASE NO. 4:25-cv-05642** |
| | § | |
| **DANIEL MCNARY "MAC" LECKRONE,** *Defendant.* | § § § | **JURY DEMANDED** |

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO WITHDRAW AND AMEND HER RESPONSE TO DEFENDANT'S REQUEST FOR ADMISSION NO. 4**

Before the Court is Plaintiff's Motion for Leave to Withdraw and Amend Her Response to Defendant's Request for Admission No. 4. Having considered the Motion, the response, if any, and the applicable law, the Court finds that the Motion should be **GRANTED**.

It is therefore **ORDERED** that Plaintiff's response of "Admitted" to Defendant's Request for Admission No. 4, served August 24, 2026, is **WITHDRAWN**.

It is further **ORDERED** that Plaintiff's First Amended Response to Defendant's Request for Admission No. 4, served August 25, 2026 and stating "Denied," is Plaintiff's operative response to that Request.

It is so **ORDERED**.

______________________________ ______________________________
Date The Honorable Alfred H. Bennett
United States District Judge