**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **LEMA MOUSILLI,** *Plaintiff,* | § § § | |
| **v.** | § § | **CIVIL CASE NO. 4:25-cv-05642** **JURY DEMANDED** |
| **DANIEL MCNARY "MAC" LECKRONE,** *Defendants.* | § § § § | |

**DEFENDANT DANIEL MCNARY LECKRONE'S RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO WITHDRAW AND AMEND HER RESPONSE TO DEFENDANT'S REQUEST FOR ADMISSION NO. 4**

**COMES NOW, DEFENDANT DANIEL MCNARY LECKRONE,** in the above-entitled and number cause and files his *Response to Plaintiff's Motion for Leave to Withdraw and Amend Her Response to Defendant's Request for Admission No. 4* ("**Response**") and in support thereof would respectfully show unto the Court as follows:

1. Defendant Daniel McNary Leckrone (**"Mr. Leckrone"**) has been unopposed accepting to Plaintiff Lema Mousilli's (**"Ms. Mousilli"**) amended discovery responses from the moment the issue came up. Dkt. 18-1, p.2. Consequently, her *Motion for Leave to Withdraw and Amend Her Response to Defendant's Request for Admission No. 4* (**"Motion"**) is unnecessary and, as such, frivolous.

2. On August 25, 2026, when notified that Ms. Mousilli wanted to amend, undersigned counsel, Elizabeth Revere (**"Ms. Revere"**) told Ms. Mousilli within the hour to "Just send over the amended answers to RFAs along with amended answers to RFPs as appropriate." Dkt. 18-1, p.2.

3. Ms. Revere was unaware that Ms. Mousilli did not understand the statement. However, in an August 31, 2026 email, Ms. Revere stated more clearly that she meant "that you could send over the amended response along with any attendant production necessitated by the change in answer without necessity of a motion." Dkt. 18-1, p.1.

4. It is therefore puzzling and confusing that plaintiff's counsel, Lloyd Kelley (**"Mr. Kelley"**) filed the Motion eleven days later.

5. Both Defendant Mr. Leckrone and counsel Ms. Revere remain unopposed to the amendment and have accepted them as the current discovery response.

6. Given the circumstances under which the Motion was filed, it was categorically unnecessary and therefore frivolous under the Rules. There can have been no other purpose in filing the motion than to increase the costs of litigation for Mr. Leckrone. FED. R. CIV. P. 11(b)(1).

7. There is no evidence that Ms. Revere was opposed to accepting the amended responses – quite the contrary. *See* ¶¶ 2, 3, *supra*. Ms. Mousilli freely admits this in the Motion. Dkt. 18, p. 4, ¶ 15.

8. In making her statements agreeing to accept the amendments, Ms. Revere was bound by her duty of fairness with opposing counsel, the requirement of ethical conduct, and duty of candor before the Court. American Bar Association, Model Rules of Professional Conduct (2023), Rules 3.4, 3.3. In full understanding of that, she agreed to accept the amendments affirmatively and in writing.

9. If there was any confusion as to the necessity of this Motion, Mr. Kelley should have contacted Ms. Revere to clarify. That was not done. There was also no request to formalize the agreement that the amended responses were accepted without objection.

10. Instead, Ms. Mousilli and Mr. Kelley filed this motion and caused Mr. Leckrone increased attorney fees for no reason at all and in violation of Rule 11.

11. Considering these facts, none of the justifications put forward by Ms. Mousilli for filing the motion ring true. Dkt. 18, p. 4, § III, *et. seq.* The Motion was patently unnecessary, caused increased attorney fees, and is wasteful of judicial resources.

**PRAYER**

WHEREFORE, PREMISES CONSIDERED, Defendant Daniel McNary Leckrone asks the Court to grant as unopposed Plaintiff's Motion for Leave to Withdraw and Amend Her Response to Defendant's Request for Admission No. 4, impose sanctions as the Court sees fit under Rule 11, and for such other and further relief, both general and special, at law or in equity, to which he may show to be justly entitled.

Dated: September 15, 2026.

Respectfully submitted,

By: /s/ Elizabeth Revere
ELIZABETH REVERE
State Bar No. 00791513
S.D. Texas Bar No. 18329
**ELIZABETH REVERE, PLLC**
804 Sabine Street
Houston, Texas 77007
Tel: (281) 924-8845
Fax: (832) 201-0584
*service@bethrevere.com*
**ATTORNEY FOR DEFENDANT**
**DANIEL MCNARY LECKRONE**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on all counsel of record, pursuant to the District's ECF service rules on **September 15, 2026,** ***via electronic filing system*** on the following:

/s/ *Elizabeth Revere*
Elizabeth Revere