**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **LEMA MOUSILLI,** *Plaintiff,* | § § § | |
| **v.** | § | **CIVIL CASE NO. 4:25-cv-05642** |
| **DANIEL MCNARY "MAC" LECKRONE,** *Defendants.* | § § § § § | **JURY DEMANDED** |

**ORDER**

Upon consideration of *Plaintiff's Motion for Leave to Withdraw and Amend Her Response to Defendant's Request for Admission No. 4* (**"Motion"**), and *Defendant's Response to Motion for Leave to Withdraw and Amend Her Response to Defendant's Request for Admission No. 4* (**"Response"**), and after considering any responses and replies, any evidence presented and any arguments of the parties, the Court finds that the Motion should be GRANTED AS UNOPPOSED.

Additionally, the Court finds that the motion was filed for the unnecessary purpose of increasing the costs of litigation and finds that the following sanction is appropriate under the circumstances: ___________________________________.

IT IS THEREFORE ORDERED THAT Plaintiff's Motion is hereby GRANTED AS UNOPPOSED and Plaintiff and counsel are ORDERED as follows: _________________________________.

_________________________
Date

_____________________________________
The Honorable Alfred H. Bennett
United States District Judge