United States District Court
Southern District of Texas
**ENTERED**
September 17, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LEMA MOUSILLI, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-05642 |
| | § | |
| DANIEL MCNARY LECKRONE, | § | |
| | § | |
| Defendant. | § | |

# ORDER

Before the Court is Plaintiff's Motion for Leave to Withdraw and Amend Her Response to Defendant's Request for Admission No. 4 (the "Motion"). Doc. #18. The Court finds that the Motion does not comply with Rule B.4 of this Court's Procedures and Practices. Specifically, "*[b]efore filing a motion regarding a discovery dispute*, the complaining party must email the Case Manager and Law Clerks a letter—not to exceed two (2) pages—explaining the nature of the dispute and detailing the" parties prior out-of-court discussions on the matter. Rule B.4, Court Procedures and Practices. Accordingly, it is hereby ORDERED that the Motion (Doc. #18) be STRICKEN from the record.

It is so ORDERED.

SEP 17 2026
Date

The Honorable Alfred H. Bennett
United States District Judge