**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **LEMA MOUSILLI,** | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **v.** | § | **CIVIL CASE NO.** |
| | § | **4:25-cv-05642** |
| **DANIEL MCNARY "MAC"** | § | **JURY DEMANDED** |
| **LECKRONE,** | § | |
| ***Defendants.*** | § | |
| | § | |

**ORDER**

Upon consideration of *Defendant Daniel McNary Leckrone's Motion for Leave to File Second Amended Answer* (**"Motion"**), and after considering any responses and replies, any evidence presented and any arguments of the parties, the Court finds that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Defendant Daniel McNary Leckrone is GRANTED leave to file Second Amended Answer, in the form attached to the Motion as Exhibit A, and that the Clerk of the Court is instructed to file the Second Amended Answer into the CM/ECF.

______________________________
Date

______________________________
The Honorable Alfred H. Bennett
United States District Judge