EXHIBIT C

**Video Title: Tribute to Feras Mousilli and Lema Barazi, Without Whom Lloyd & Mousilli Would not Exist**

**Feras & Lema,**
**THANK YOU**

**From: The L&M Team**

**Beth Revere, Litigation Attorney:** Hi Lema and Feras, Beth here with many thanks and heartfelt congratulations for the job that both of you have done in building Lloyd & Mousilli into the firm that it is. I could not have imagined that I would feel such connection with and affection for people that I have never even met in person. Lloyd & Mousilli is more than just an excellent law firm; it's also a fantastic place to be. Thank you both for that.

**James Egan, Law Clerk:** Feras and Lema, thank you for everything you guys do. Thank you for your mentorship and your support. Your ability to be patient in teaching us all these very difficult subjects—I wouldn't be where I am or have the opportunities I have without you. I'm excited to continue the journey and the process. So, thank you.

**Shivani Gupta, Corporate Attorney:** Hi everybody, my name is Shivani. I'm new to Lloyd & Mousilli. I'd just like to take a minute to thank Feras and Lema for giving me the opportunity to work with Lloyd & Mousilli. I've had a wonderful time so far and I look forward to meeting all of you in the near future. Thank you so much, Feras and Lema.

**Kimberly Seiler, Litigation Clerk:** Hey Lema and Feras, thank you so much for letting me intern for you. It has been a joy to work with you and I've learned so much in the past five weeks it's really just been amazing. I think the biggest thing I'm taking away from this internship is just how much I love working in the field of law. This internship has really confirmed for me that I'm on the right career track and I just hope that one day I can be as good of an attorney as you both are.

**Charlotte Pestano, Executive Assistant:** Hi Feras, hi Lema. Yeah, so I've told you this many times but I'd like to tell you again. I am so thankful for the opportunity to work with this amazing team. This is the dream team and I'm so lucky to be part of it. Thank you both for inspiring us to do better every day. Yeah, that's it. I'm very excited for what's next for L&M.

**Jeoyuh Lin, Patent Counsel:** Hello, Feras and Lema. Thank you for all that you've done in the past year. In the middle of a pandemic, you guys were able to put together the best team that there is from all around the world while giving us the flexibility to do our work while shaping Lloyd & Mousilli the way we would like it. Thank you for all that you've done. Much appreciated.

**Gia Silahian, IP Clerk:** Hi, Feras and Lema. I wanted to thank you for giving me the opportunity to work with the firm this summer and for everything you guys do. It's been really rewarding to learn from you both, and I've gotten to do so much more than I ever expected to.

EXHIBIT A

Thank you for letting me feel like part of the family at Lloyd & Mousilli and I look forward to spending another couple of weeks together.

**Maureen Farrell, Litigation Counsel:** There's nothing like being able to work and play at the same time thanks to innovative business leaders like Feras and Lema. Thanks for making me a part of your crew. I look forward to slaying dragons with you guys more in the future.

**Ram Bhadra, Transactional Clerk:** Hey, Feras and Lema. Thank you for everything you guys do at the firm, and especially thank you as a clerk for giving me the opportunity to work with real clients and for giving me honest feedback on everything I've done so far. I really look forward to the rest of the summer and hopefully beyond to continue learning from both of you, so thank you again for that.

**Hannah Yanowitch, Legal Assistant:** Feras and Lema, thank you both so much for everything. I loved my semester interning with Lloyd & Mousilli and I'm so incredibly grateful that you believed in me enough to let me officially join the team. I'm beyond thankful for your encouragement and for giving me experiences that I never would have dreamt of, for letting me work with the best people at the best job. I am so inspired by you both, and I hope to be half the lawyer and person that you are someday.

**Megan Matthees, Senior Paralegal & Firm Administrator:** Lema and Feras, not a day goes by that I'm not grateful to be a part of what we're building and what you guys have created. All of us recognize that none of this would be here and none of us would be here but for the two of you. And this year more than others, we've just noticed your resiliency and the way that you've stepped up and the way you've continued to be fearless and be leaders and compassionate. That's not lost on any of us. Thanks.

EXHIBIT A