EXHIBIT
D

4/6/2026 5:38 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 113254765
By: Joshua Herrington
Filed: 4/6/2026 5:38 AM

p.4
9BP
ORTX
PRESX

**CAUSE NO. 2024-72783**

| | | |
|---|---|---|
| **LLOYD & MOUSILLI, PLLC,** *Plaintiff*, **vs.** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| **LEMA BARAZI, TEXAS NEXUS LAW GROUP, AND JP MORGAN CHASE BANK N.A.,** *Cross-Claimant/ Defendants,* | § | |
| | § | **HARRIS COUNTY, T E X A S** |
| **vs.** | § | |
| **FERAS MOUSILLI,** *Cross-Defendant.* | § | |
| | § | **295[TH] JUDICIAL DISTRICT** |

**INTERLOCUTORY ORDER PURSUANT TO JURY VERDICT FOR THE PRESERVATION OF EVIDENCE ~~AND PERMITTING INTERLOCUTORY APPEAL OF THIS ORDER~~**

On December 17, 2025, the Court signed an Order Granting Lema Mousilli (fka Lema Barazi's) Motion to Bifurcate Trial and ordered that (First Phase):

> In the first phase of trial, the jury shall determine the threshold issue of whether a partnership exists between Counter-Plaintiff Defendant Lema Mousilli and Cross-Defendant Feras Mousilli.

On March 26, 2026, a jury was empaneled for the First Phase. Both Feras Mousilli and Lema Mousilli appeared personally and were represented by Counsel. The jury heard testimony from witnesses and considered documentary evidence over three and a half days. On April 1, 2026, following the charge conference, the Court submitted the following question to the jury:

> **QUESTION NO. 1:** Did a general partnership exist between Lema Mousilli f/k/a Lema Barazi and Feras Mousilli known as "Lloyd & Mousilli, PLLC"?

Unofficial Copy Office of Marilyn Burgess District Clerk

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

The jury answered: **YES**

The Court **FINDS** the jury's verdict was in proper form and accepts the jury's verdict that a general partnership was formed between Lema Mousilli f/k/a Lema Barazi and Feras Mousilli known as "Lloyd & Mousilli, PLLC".

The Court **ORDERS** that Final Trial on all remaining disputes under this Cause is set for September 21, 2026 (Second Phase). Following the conclusion of the Second Phase, the Court shall enter Final Judgment. **This is an Interlocutory Order.**

## II. ORDER FOR THE PRESERVATION OF EVIDENCE

The Court **FURTHER ORDERS** that the parties shall preserve evidence relating to the matters before the Court as follows:

### A. PARTIES BOUND BY THIS ORDER

This Order is binding upon all parties to this action and their respective agents, employees, officers, attorneys, representatives, and all persons acting in active concert or participation with them, including specifically:

a. Plaintiff Lloyd & Mousilli, PLLC, and any person authorized to act on its behalf;

b. Cross-Defendant Feras Mousilli, individually and in any representative, managerial, or fiduciary capacity, including in his capacity as any purported owner, officer, or manager of Lloyd & Mousilli, PLLC; and

c. Cross-Claimant Lema Mousilli, individually and in any representative, managerial, or fiduciary capacity, including in her capacity as an attorney and in connection with any entity in which she holds an interest.

The foregoing persons are collectively referred to herein as the "Bound Parties."

Unofficial Copy Office of Marilyn Burgess District Clerk

**B. ITEMS TO BE PRESERVED**

The Bound Parties are hereby **ORDERED** to immediately preserve, and are **PROHIBITED** from destroying, concealing, altering, modifying, deleting, transferring, or otherwise making unavailable, any of the following:

a. All financial documents, including but not limited to bank statements, ledgers, accounting records, invoices, billing records, profit-and-loss statements, balance sheets, tax returns, payroll records, client fee agreements, and any other document reflecting the receipt, transfer, distribution, or management of funds associated with Lloyd & Mousilli, PLLC. and Texas Nexus Law Group.

b. All email communications, whether stored on personal or business accounts, local devices, servers, or cloud-based platforms, relating in any way to the subject matter of this litigation;

c. All text messages, iMessages, SMS messages, or other direct messages on any platform, including but not limited to WhatsApp, relating to the parties the subject matter of this litigation;

d. All communications transmitted through Slack, Microsoft Teams, or any other workplace messaging or collaboration platform, including all channels, direct messages, and file attachments relating to this litigation;

e. All videos, photographs, audio recordings, or other multimedia content, whether stored locally, in cloud storage, on social media platforms, or elsewhere, that depict or relate to any subject at issue in this litigation; and

f. All other documents, data, electronically stored information ("ESI"), or tangible evidence of any kind relating to the claims and defenses in this proceeding.

**C. RESTRICTIONS ON TRANSFER OF FUNDS AND ASSETS EXCEPT IN ORDINARY COURSE OF BUSINESS**

The Court **FURTHER ORDERS** the Parties to refrain from any transfer, withdraw,

Unofficial Copy Office of Marilyn Burgess District Clerk

~~Therefore, the Court grants permission for an interlocutory appeal of this Order and~~ **STAYS** any further proceedings until any Interlocutory Appeal accepted by the Court of Appeal is resolved pursuant to §51.041(e)(2).

Until the resolution of any interlocutory appeal or otherwise agreed by the parties, discovery shall be stayed except for requests for books and records of any law firm that are in the possession, custody or control of the parties as described in Tex. Bus. Org. Code. §152.212 for the ~~period August 6, 2019 to October 1, 2024.~~

All other relief not expressly granted herein is denied.

SIGNED on this 8th day of May 2026.

**(JudgeSignedDt APPLIED)**

HON. DONNA ROTH
Judge, 295th Judicial District Court
Harris County, Texas

~~APPROVED AS TO FORM~~:

*/s/ Maureen Farrell*
By: Maureen Farrell
State Bar No. 24076378
Email: maureen@farrellpc.com
FARRELL LEGAL GROUP PC
3411 Richmond Ave., Ste. 400
Houston, Texas 77046
Tel/Fax: (210) 693-1011

Unofficial Copy Office of Marilyn Burgess District Clerk