# UNSWORN DECLARATION OF ALEXA CURTIS

Pursuant to 28 U.S. Code § 1746, I, **Alexa Curtis**, declare under penalty of perjury the following is true and correct:

1. "My name is Alexa Curtis. I am over eighteen (18) years of age and I have never been convicted of a crime. I am of sound mind and capable of making this Declaration. The facts set forth herein are based on my personal knowledge and are true and correct. I am competent to testify to the facts herein.

2. "I hired Lema Mousilli as my attorney in Cause No. AU:24-CV-00382-RP, *Grasshopper, Inc, and Heather Miller vs. Alexa Curtis and Be Fearless, LLC*, in the United States District Court Western District of Texas, Austin Division.

3. "Lema Mousilli and I have been working together for months on my case.

4. "On August 10, 2024, Elizabeth Revere contacted me to talk about my case. She told me that she was taking over my case even though I never gave her permission to do so. Prior to that date, I had never talked to Elizabeth Revere nor did I even know who she was. She did not seem to understand my case and I was confused what was happening.

5. "After Elizabeth Revere's call, I was frantic. She informed me that Lema Mousilli had left the firm but did not provide her new contact information. The email address I had for Lema Mousilli was no longer working since it was associated with the firm she had departed.

6. "After a few days I remembered that Lema Mousilli had called me from her cell phone previously. I looked up my call logs and found her number. I immediately contacted Lema Mousilli and she informed me that she was still the lead attorney on my case and that she was surprised to hear Elizabeth Revere was telling me she was an attorney on my case.

7. "Elizabeth Revere caused me unnecessary stress and anxiety. She never had my permission to contact me and I am upset she caused so much confusion."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 30, 2024

Signed by:
Ms. Alexa Curtis
857CC05BCA9B42A...

**Declarant**

EXHIBIT
E