# AFFIDAVIT OF ELIZABETH REVERE

**THE STATE OF TEXAS** §
§
**COUNTY OF HARRIS** §

BEFORE ME, the undersigned authority, on this day personally appeared **ELIZABETH REVERE**, and being duly sworn upon his oath by me, deposed and stated as follows:

1. "My name is **Elizabeth Revere**. I am over eighteen (18) years of age and I have never been convicted of a felony. I am of sound mind and fully capable to make this affidavit. The facts set forth herein are based on my personal knowledge and I am competent to testify to the facts herein.

2. "I have been practicing law for over thirty-three (33) years and am licensed in both Texas and Louisiana. I am in good standing in both jurisdictions and in the federal courts to which I am admitted.

3. "I am a contract attorney with Lloyd & Mousilli (**"L&M"**) in additional to having my own practice. I was referred to L&M by a friend who was leaving the firm. I had an initial phone interview with Lema Barazi, now Lema Mousilli (**"Lema"**). After speaking with Lema, I had a phone interview with Megan Mathees, now Megan Weiss (**"Megan"**). The firm then extended me an offer as a contract attorney.

4. "Currently, I am Senior Counsel over disputes and litigation for L&M and I am also the firm's lead employment law attorney.

5. "Although she had the title of "Litigation Partner" when she was with L&M, Lema was an independent contractor. Lema told me that she was only a contractor with L&M, the same as me. This phone conversation took place on April 1, 2022. I have an independent recollection of the circumstance because I was attending a class and had to step outside to take the call; I have confirmed the date of the class.

6. "The call was related to a billing question. Lema told me that L&M would only approve part of my time related to a certain project. She told me that she had no authority to make a contrary decision as she was also only a contractor. Lema further mentioned that she made less than I did at times, presumably this was because I billed more hours to cases than she did.

7. "Lema said she was not an actual partner at L&M and that Feras Mousilli (**"Feras"**), L&M's General Manager, let her use the title of "Litigation Partner" on the website and in email to enhance her outward-facing stature with the firm.

EXHIBIT
G

8. "Lema told me that the only financial partner or owner in the firm was Feras. I have since learned that this is the case from other sources. To the best of my knowledge and understanding, every attorney at L&M, except for Feras, is an independent contractor.

9. "I declare under penalty of perjury that every statement in the foregoing Answer is within my personal knowledge and is true and correct."

**Further Affiant Sayeth Not.**

**ELIZABETH REVERE**

SWORN AND SUBSCRIBED to before me, on this, the 21st day of February 2025.

Allauna Gluski
My Commission Expires
6/22/2027
Notary ID 131520406

NOTARY PUBLIC
STATE OF TEXAS

Allauna Gluski

Notary Public in and for
The State of Texas