**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **LEMA MOUSILLI,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **CIVIL CASE NO. 4:25-cv-05642** |
| | § | |
| **DANIEL MCNARY "MAC" LECKRONE,** | § | **JURY DEMANDED** |
| *Defendant.* | § | |
| | § | |

# ORDER

Before the Court is Plaintiff's Motion to Disqualify Elizabeth Revere and Elizabeth Revere, PLLC as Counsel for Defendant and for Protective Relief Regarding Marlene Campbell. Having considered the motion, the response, the record, and the applicable law, the Court finds that the motion should be **GRANTED**.

It is therefore **ORDERED** that Elizabeth Revere and Elizabeth Revere, PLLC are **DISQUALIFIED** from further representation of Defendant Daniel McNary "Mac" Leckrone in this action.

It is further **ORDERED** that Defendant shall cause substitute counsel to file a notice of appearance within twenty-one (21) days of the date of this Order.

It is further **ORDERED** that Marlene Campbell, also known as Mimi Campbell, shall be screened from any participation in this matter; that she shall not attend or participate in any conference of counsel, deposition, or hearing in this action except as a witness; and that Defendant's counsel shall confirm the screen in writing to Plaintiff's counsel within seven (7) days of the date of this Order.

It is further **ORDERED** that documents and information produced by Plaintiff in this action shall be used solely for the prosecution and defense of this action and shall not be disclosed to or used by any person for the purposes of any other proceeding.

It is further **ORDERED** that Defendant and his counsel shall not communicate with Marlene Campbell regarding the substance of her anticipated testimony in this action except as permitted with respect to any other nonparty witness.

It is so **ORDERED**.

______________________________
Date

______________________________
The Honorable Alfred H. Bennett
United States District Judge