**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **LEMA MOUSILLI,** *Plaintiff,* | § | |
| | § | |
| **v.** | § | **CIVIL CASE NO. 4:25-cv-05642** |
| | § | |
| **DANIEL MCNARY "MAC" LECKRONE,** *Defendant.* | § | **JURY DEMANDED** |

**PLAINTIFF'S UNOPPOSED MOTION TO WITHDRAW LLOYD E. KELLEY AS COUNSEL AND DESIGNATE LEMA MOUSILLI AS ATTORNEY-IN-CHARGE**

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW, PLAINTIFF, LEMA MOUSILLI**, by and through her undersigned counsel, and files this Unopposed Motion to Withdraw Lloyd E. Kelley as Attorney-in-Charge and to Designate Lema Mousilli as Attorney-in-Charge, pursuant to Local Rule 83.2 of the Local Rules of the United States District Court for the Southern District of Texas. In support of this Motion, Plaintiff respectfully shows the Court as follows:

## I. INTRODUCTION

1. Lloyd E. Kelley of The Kelley Law Firm has served as Attorney-in-Charge for Plaintiff since the commencement of this action. (Dkt. 1 at 10–11.) Lema Mousilli of Mousilli Law, PLLC, a member in good standing of the bar of this Court (SDTX Federal ID No. 1358290), has appeared as counsel of record for Plaintiff, Of Counsel, in every instrument Plaintiff has filed in this action, beginning with the Complaint. (Dkt. 1 at 11; Dkt. 7 at 6; Dkt. 17; Dkt. 22 at 18–19.)

2. By this Motion, Mr. Kelley seeks leave to withdraw as Attorney-in-Charge and as counsel for Plaintiff, and Plaintiff requests that Ms. Mousilli, who is already counsel of record, be designated Attorney-in-Charge in his place. Plaintiff, who is the client, consents to and joins in the relief requested. Counsel for Defendant has confirmed that Defendant is unopposed.

## II. GROUNDS FOR WITHDRAWAL AND SUBSTITUTION

3. Mr. Kelley's withdrawal is not sought for purposes of delay. Plaintiff has been notified of and consents to the withdrawal. Because Plaintiff is herself a licensed attorney who has appeared as counsel of record in this action since its filing, the withdrawal leaves Plaintiff represented by counsel of record at every moment and requires no period of transition. Plaintiff's address, telephone number, and email addresses are already of record. (Dkt. 1 at 11.)

5. Ms. Mousilli is admitted to practice before this Court and is fully familiar with the pleadings, the discovery record, the Scheduling Order, and every pending matter in this action. She has signed the certificates of conference and service on Plaintiff's most recent filing. (Dkt. 22 at 19.) Designating her as Attorney-in-Charge formalizes a role she has performed throughout the case and introduces no new counsel into the action.

6. The relief requested will not delay the case or prejudice any party. Under the Scheduling Order, discovery closes January 15, 2027; the motions deadline is February 16, 2027; docket call is set for June 25, 2027; and jury trial is set for June 28, 2027. (Dkt. 15 ¶¶ 3, 4, 6, 7.) Plaintiff does not request the continuance or modification of any deadline.

7. Counsel for Defendant was consulted regarding this Motion on October 1, 2026 and stated that Defendant is unopposed, as reflected in the Certificate of Conference below.

## III. PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff Lema Mousilli respectfully requests that the Court grant this Unopposed Motion; permit Lloyd E. Kelley and The Kelley Law Firm to withdraw as Attorney-in-Charge and as counsel of record for Plaintiff; designate Lema Mousilli of Mousilli Law, PLLC as Attorney-in-Charge for Plaintiff; direct the Clerk to terminate Mr. Kelley as counsel of record and to update the docket accordingly; and grant such other and further relief as the Court deems just and proper.

DATE: October 1, 2026

Respectfully submitted,

*/s/ Lloyd E. Kelley*
LLOYD E. KELLEY
Attorney-in-charge
Texas State Bar No. 11203180
SDTX Federal ID No. 13497
**THE KELLEY LAW FIRM**
2726 Bissonnet Ste 240 PMB 12
Houston, Texas 77005
Telephone: 281-492-7766
Telecopier: 281-652-5973
*kelley@lloydekelley.com*

**ATTORNEYS FOR PLAINTIFF**

**OF COUNSEL:**

Lema Mousilli
Texas State Bar No. 24056016
SDTX Federal ID No. 1358290
**MOUSILLI LAW, PLLC**
11807 Westheimer Road
Suite 550, PMB 624
Houston, TX 77077
Tel: (281) 305-9313
*lema@mousillilaw.com*
*service@mousillilaw.com*

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

I certify that on October 1, 2026, my office conferred by email with Elizabeth Revere, counsel for Defendant, regarding the relief requested in this Motion. Ms. Revere responded by email the same day that Defendant is unopposed to the withdrawal. This Motion is unopposed.

/s/ Lloyd E. Kelley
Lloyd E. Kelley

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2026, a true and correct copy of the foregoing document was served on all counsel of record through the Court's CM/ECF system in accordance with the Federal Rules of Civil Procedure and this District's electronic filing rules.

/s/ Lloyd E. Kelley
Lloyd E. Kelley