**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **LEMA MOUSILLI,**<br>***Plaintiff,*** | § | |
| | § | |
| **v.** | § | **CIVIL CASE NO. 4:25-cv-05642** |
| | § | |
| **DANIEL MCNARY "MAC" LECKRONE,**<br>***Defendant.*** | § | **JURY DEMANDED** |

---

**ORDER**

---

Before the Court is Plaintiff's Unopposed Motion to Withdraw Lloyd E. Kelley as Attorney-in-Charge and to Designate Lema Mousilli as Attorney-in-Charge. Having considered the Motion, the consent of Plaintiff, and the absence of opposition, the Court finds that the Motion should be **GRANTED**. It is therefore

**ORDERED** that Lloyd E. Kelley and The Kelley Law Firm are permitted to withdraw as Attorney-in-Charge and as counsel of record for Plaintiff Lema Mousilli. It is further

**ORDERED** that Lema Mousilli, Texas State Bar No. 24056016, SDTX Federal ID No. 1358290, Mousilli Law, PLLC, 11807 Westheimer Road, Suite 550, PMB 624, Houston, Texas 77077, (281) 305-9313, lema@mousillilaw.com, service@mousillilaw.com, is designated Attorney-in-Charge for Plaintiff. It is further

**ORDERED** that the Clerk shall terminate Lloyd E. Kelley as counsel of record for Plaintiff and shall update the docket to reflect Lema Mousilli as Attorney-in-Charge. All existing deadlines in the Scheduling Order (Dkt. 15) remain in effect.

**It is so ORDERED.**

**Date**

**The Honorable Alfred H. Bennett**
**United States District Judge**