**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **LEMA MOUSILLI,** | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **v.** | § | **CIVIL CASE NO.** |
| | § | **4:25-cv-05642** |
| **DANIEL MCNARY "MAC"** | § | **JURY DEMANDED** |
| **LECKRONE,** | § | |
| ***Defendants.*** | § | |

**PROPOSED ORDER ON PLAINTIFF'S MOTION TO WITHDRAW LLOYD E. KELLEY AS COUNSEL AND DESIGNATE LEMA MOUSILLI AS ATTORNEY-IN-CHARGE**

Upon consideration of *Plaintiff's Motion to Withdraw Lloyd E. Kelley as Counsel and Designate Lema Mousilli as Attorney-in-Charge* (**"Plaintiff's Motion"**), and *Defendant's Response to Plaintiff's Motion* (**"Response"**), and after considering any responses and replies, any evidence presented and any arguments of the parties, the Court finds that Plaintiff's Motion should be GRANTED IN PART and DENIED IN PART.

IT IS THEREFORE ORDERED that Plaintiff's Motion is GRANTED to the extent Plaintiff requests leave for Lloyd E. Kelley and The Kelley Law Firm to withdraw as Attorney-in-Charge and as counsel of record for Plaintiff.

IT IS FURTHER ORDERED that Plaintiff's Motion is DENIED to the extent Plaintiff requests that Lema Mousilli of Mousilli Law, PLLC be designated Attorney-in-Charge or otherwise appear as counsel for Plaintiff in this action.

IT IS FURTHER ORDERED that Lema Mousilli is permitted to proceed *pro se* in this action pursuant to 28 U.S.C. § 1654.

IT IS FURTHER ORDERED that the Clerk shall terminate Lloyd E. Kelley and The Kelley Law Firm as counsel of record for Plaintiff and reflect on the docket that Plaintiff Lema Mousilli is proceeding *pro se*.

SIGNED on _______________, 2026.

_______________________________
ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE