Lema Mousilli <lema@mousillilaw.com>

## RE: Defendant's Discovery Letter to Plaintiff RE Excessive and Abusive Discovery Requests

**Beth Revere** <beth@bethrevere.com> Thu, Oct 1, 2026 at 12:51 PM
To: kimberly@lloydekelley.com
Cc: Mimi Campbell <mimi@bethrevere.com>, Lloyd Kelley <kelley@lloydekelley.com>, Mousilli Lema <lema@mousillilaw.com>

Hi, Lloyd and Kimberly,

Kimberly's email below indicated that Lloyd was filing a motion to withdraw and I said I was unopposed.

You did not file a motion to withdraw, you filed a motion to substitute, to which I am absolutely opposed.

This is something that you should have been aware of as I have emailed my intent to file a motion pursuant to 28 U.S.C. 1654.

If you have indicated that I am unopposed to the Court, please correct that today.

Best regards,

Beth Revere

Elizabeth Revere, PLLC
Attorney, Mediator, SHRM- SCP
www.MediationMosaic.com
804 Sabine Street
Houston, Texas 77007
tel 281-924-8845
fax 832-201-0584

Confidentiality Notice - This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. It may also be privileged or otherwise protected by work product immunity or other legal rules. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. Thank you for your time and consideration.

> On Oct 1, 2026, at 10:17, Beth Revere <beth@bethrevere.com> wrote:
>
> Hi, Kimberly,
>
> I am not opposed; however, Lloyd has been telling me that since day one in this matter. Therefore, I will continue to treat him as attorney-in-charge until the Court grants his motion.
>
> Further, Lloyd has not mentioned me dealing with Lema regarding discovery since we were working on initial disclosures and at that time it was specific to the current items. It was also in a phone call. He is the only person who can make that delegation, especially since the "junior attorney" at issue is the plaintiff. I have dealt with her as a courtesy in an effort to move this case along.
>
> If there was an email from Lloyd, himself, that I missed, please forward it to me for review and I apologize in advance for missing it.
>
> Best regards,
>
> Beth Revere
>
> Elizabeth Revere, PLLC
> Attorney, Mediator, SHRM- SCP
> www.BethRevere.com
> www.MediationMosaic.com
> 804 Sabine Street
> Houston, Texas 77007
> tel 281-924-8845
> fax 832-201-0584
>
> <image.png>
>
> 🔴 ***Warning on Use of Artificial Intelligence Tools.*** This email and any attachments it contains should not be entered into any artificial intelligence tool. Doing so may permanently destroy the attorney-client privilege that protects this material and exposes it to disclosure in a future dispute or litigation.
>
> ***Confidentiality Notice*** - This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. It may also be privileged or otherwise protected by work product immunity or other legal rules. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. Thank you for your time and consideration.
>
> On Thu, Oct 1, 2026 at 10:11 AM <kimberly@lloydekelley.com> wrote:
>
>> Beth,
>>
>> Lloyd is withdrawing from this case. Please let me know if you are opposed. Further, you can discuss the discovery issues with Lema as Lloyd has repeatedly mentioned. Thank you
>>
>> Thank you,
>>
>> Kimberly M. Ayres
>>
>> **THE KELLEY LAW FIRM**
>>
>> 2726 Bissonnet, Ste 240 PMB 12
>>
>> Houston, TX 77005
>>
>> Ph: 281-492-7766
>>
>> Cell: 832-752-5999
>>
>> kimberly@lloydekelley.com
>>
>> Confidentiality Notice:
>> This electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for the destruction and/or return of the documents
>>
>> ---
>>
>> **From:** Mimi Campbell <mimi@bethrevere.com>
>> **Sent:** Thursday, October 1, 2026 10:09 AM
>> **To:** Kimberly Ayres <kimberly@lloydekelley.com>; Lloyd Kelley <kelley@lloydekelley.com>
>> **Cc:** Beth Revere <beth@bethrevere.com>
>> **Subject:** Re: Defendant's Discovery Letter to Plaintiff RE Excessive and Abusive Discovery Requests
>>
>> Hi Kimberly,
>>
>> Here is the letter I called about this morning.
>>
>> Thank you,
>>
>> Mimi Campbell, Paralegal
>>
>> Elizabeth Revere, PLLC
>> Attorney, Mediator, SHRM- SCP
>> www.BethRevere.com
>> www.MediationMosaic.com
>> 804 Sabine Street
>> Houston, Texas 77007
>> tel 281-924-8845
>> fax 832-201-0584
>> direct 903-244-9600

EXHIBIT
A

*Confidentiality Notice* - This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. It may also be privileged or otherwise protected by work product immunity or other legal rules. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. Thank you for your time and consideration.

On Tue, Sep 22, 2026 at 7:37 PM Mimi Campbell <mimi@bethrevere.com> wrote:

> Counsel,
>
> Please see attached Defendant's discovery letter to Plaintiff regarding excessive and abusive discovery requests
>
> Thank you,
>
> Mimi Campbell, Paralegal
>
> Elizabeth Revere, PLLC
> Attorney, Mediator, SHRM- SCP
> www.BethRevere.com
> www.MediationMosaic.com
> 804 Sabine Street
> Houston, Texas 77007
> tel 281-924-8845
> fax 832-201-0584
> direct 903-244-9600
>
> *Confidentiality Notice* - This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. It may also be privileged or otherwise protected by work product immunity or other legal rules. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. Thank you for your time and consideration.