**Lema Mousilli <lema@mousillilaw.com>**

## Mousilli vs. Leckrone- Plaintiff's Second Set of Discovery Requests

**Beth Revere** <beth@bethrevere.com> Thu, Sep 17, 2026 at 8:51 AM
To: Lema Mousilli <lema@mousillilaw.com>
Cc: Mimi Campbell <mimi@bethrevere.com>, Lloyd Kelley <kelley@lloydekelley.com>, Kimberly Ayres <kimberly@lloydekelley.com>

Good morning, Lema,

I believe you are incorrect. If I am asked to make concessions in discovery, I am entitled to speak with the propounding attorney and / or the attorney in charge of the case. In this matter, both those people are Lloyd. As attorney in charge, Lloyd holds authority to make agreements with opposing counsel. If Lloyd is unavailable, I will meet with you, but I may need to speak with Lloyd to reach a final agreement. That depends on the substance of the agreement.

As I told you on Sunday evening, I will be back in touch by the end of day tomorrow.

Enjoy your day.

Best regards,

Beth Revere

Elizabeth Revere, PLLC
Attorney, Mediator, SHRM- SCP
www.BethRevere.com
www.MediationMosaic.com
804 Sabine Street
Houston, Texas 77007
tel 281-924-8845
fax 832-201-0584

Proud Member of Texas Bar College
A Professional Society of Legal Scholars

***Warning on Use of Artificial Intelligence Tools.*** This email and any attachments it contains should not be entered into any artificial intelligence tool. Doing so may permanently destroy the attorney-client privilege that protects this material and exposes it to disclosure in a future dispute or litigation.

***Confidentiality Notice*** - This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. It may also be privileged or otherwise protected by work product immunity or other legal rules. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. Thank you for your time and consideration.

[Quoted text hidden]

EXHIBIT
B