**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **LEMA MOUSILLI,** *Plaintiff,* | § | |
| | § | |
| **v.** | § | **CIVIL CASE NO. 4:25-cv-05642** |
| | § | |
| **DANIEL MCNARY “MAC” LECKRONE,** *Defendant.* | § | **JURY DEMANDED** |

**ORDER**

Before the Court is Plaintiff’s Motion to Strike Defendant’s First Amended Answer, Affirmative Defenses, and Counterclaim for Declaratory Judgment (Dkt. 16) (the “**Motion**”). Having considered the Motion, any response and reply, the record, and the applicable law, the Court finds that the Motion should be **GRANTED**.

The Court finds that Defendant’s First Amended Answer, Affirmative Defenses, and Counterclaim for Declaratory Judgment (Dkt. 16) was filed after the period for amendment as a matter of course under Federal Rule of Civil Procedure 15(a)(1) had expired, without Plaintiff’s written consent, and without leave of Court, as Federal Rule of Civil Procedure 15(a)(2) requires.

It is therefore **ORDERED** that Defendant’s First Amended Answer, Affirmative Defenses, and Counterclaim for Declaratory Judgment (Dkt. 16), together with its exhibit (Dkt. 16-1), is **STRICKEN** from the record.

**It is so ORDERED.**

______________________________
**Date**

______________________________
**The Honorable Alfred H. Bennett**
**United States District Judge**