**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **LEMA MOUSILLI,** <br> ***Plaintiff,*** | § <br> § <br> § | |
| **v.** | § <br> § | **CIVIL CASE NO.** <br> **4:25-cv-05642** |
| **DANIEL MCNARY "MAC" LECKRONE,** <br> ***Defendant.*** | § <br> § <br> § <br> § | **JURY DEMANDED** |

**ORDER**

Upon consideration of *Defendant Daniel McNary Leckrone's Motion for Leave to File First Amended Answer, Affirmative Defenses, and Counterclaim for Declaratory Judgment* (**"Motion"**), and after considering any responses and replies, any evidence presented and any arguments of the parties, the Court finds that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Defendant Daniel McNary Leckrone is GRANTED leave under Rules 15(a)(2) and 16(b)(4).

IT IS FURTHER ORDERED that Plaintiff's Motion to Strike (Dkt. 26) is DENIED.

IT IS FURTHER ORDERED that the Court deems Defendant's First Amended Answer, Affirmative Defenses, and Counterclaim for Declaratory Judgment (Dkt. 16) properly filed as of July 31, 2026.

________________________
Date

____________________________________
The Honorable Alfred H. Bennett
United States District Judge