**UNSWORN DECLARATION OF DANIEL MCNARY LECKRONE**

**THE STATE OF OREGON** §
§
**COUNTY OF DESCHUTES** §

Pursuant to 28 U.S.C. § 1746, I, **Daniel McNary Leckrone**, state as follows:

1. "My name is **Daniel McNary Leckrone**. I am over the age of eighteen (18), of sound mind, and competent to make this declaration. The statements herein are based on my personal knowledge and are true and correct.

2. "I am the Defendant in this action. I am an attorney who has practiced law for more than thirty-three years. I have performed legal work for Lloyd & Mousilli, PLLC ("**L&M**") on a contract basis, including corporate legal work.

3. "I do not intend to call Elizabeth Revere as a witness on my behalf in this litigation, and I do not require her testimony to establish any essential fact in support of my claims or defenses.

4. "Before Ms. Revere consulted Maureen Farrell, I authorized her to share documents produced in this case, including MOU0003–04, with counsel in the Harris County litigation, and to exchange information about that litigation as she found necessary to represent me in this matter.

5. "I have not coordinated my actions in this litigation with Feras Mousilli. I am not a party to, and have not participated in, the disputes between Feras Mousilli and his sister, Lema Mousilli, including their litigation in Harris County, Texas.

6. "Feras Mousilli did not participate in the telephone conversations or other events giving rise to the claims asserted against me in this litigation.

7. "I am aware that Ms. Revere serves as of counsel to Farrell Legal Group. Because Ms. Revere and I worked together at L&M, I am aware of her professional relationship with Feras Mousilli. I am also aware that Ms. Revere currently represents Farrell Legal Group in litigation involving a former law partner of Ms. Farrell. Ms. Revere has fully disclosed to me the existence and nature of these relationships and representations, their implications for her representation of me, and any reasonably foreseeable adverse consequences. I am a licensed attorney, understand these disclosures, and consent to Ms. Revere's continued representation of me in this matter.

8. "The statements I made to Scott Hepford were based on allegations contained in litigation filed by L&M, including allegations that Lema Mousilli had, among other things, taken money from L&M. My defense of truth is that my statements were speaking of and based on the allegations L&M asserted against Lema Mousilli in that

**EXHIBIT B**

litigation, not on any personal knowledge arising from Ms. Mousilli's position at or professional relationship with L&M.

9. "I declare under penalty of perjury that the foregoing is true and correct."

**Executed on the 20th day of October 2026.**

mac

**Daniel McNary Leckrone**