# UNSWORN DECLARATION OF MARLENE CAMPBELL

**THE STATE OF ARKANSAS** §
§
**COUNTY OF MILLER** §

Pursuant to 28 U.S.C. § 1746, I, **Marlene Campbell**, state as follows:

1. “My name is Marlene Campbell. I am over eighteen (18) years of age, of sound mind, and competent to make this declaration. I have personal knowledge of the facts stated herein, and they are true and correct.

2. “I am a paralegal with more than thirty (30) years of experience in the legal profession. I previously provided paralegal services to Lloyd & Mousilli (“**L&M**”) as an independent contractor.

3. “I did not arrange, coordinate, schedule, or otherwise facilitate any of the telephone calls referenced in Plaintiff’s Complaint.

4. “I had no knowledge of the telephone calls or alleged statements that form the basis of Plaintiff's claims when they purportedly occurred. I first learned of the telephone calls and alleged statements in approximately February of 2026 from Defendant after this lawsuit was filed.

5. “During my time providing services to L&M, Plaintiff was one of at least 17 attorneys with whom I worked in my professional capacity as a paralegal at L&M.

6. “The November 26, 2024 telephone calls occurred approximately ten months after I stopped working with Plaintiff.

7. “None of the matters I worked on while providing paralegal services to L&M involved or were substantially related to the subject matter of this litigation.

8. “I was not present for either of the November 26, 2024 telephone calls between Defendant and Scott Hepford, did not participate in those calls, and did not hear Defendant make any of the statements attributed to him in Plaintiff's Complaint.

9. “None of the work I performed with Plaintiff during my professional association with her involved or related to the matters underlying this litigation. Accordingly, my prior professional association with Plaintiff did not provide me with any personal knowledge of the telephone calls or alleged statements at issue in this case.

10. “I declare under penalty of perjury that the foregoing is true and correct.”

**EXHIBIT C**

**Executed on the 20th day of October 2026.**

**Marlene Campbell**