**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **LEMA MOUSILLI,**<br>***Plaintiff,***<br><br>**v.**<br><br>**DANIEL MCNARY "MAC" LECKRONE,**<br>***Defendant.*** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL CASE NO. 4:25-cv-05642**<br>**JURY DEMANDED** |

**ORDER**

Upon consideration of *Plaintiff's Motion to Disqualify Elizabeth Revere and Elizabeth Revere, PLLC as Counsel for Defendant and for Protective Relief* (**"Motion"**), and *Response in Opposition to Plaintiff's Motion to Disqualify Elizabeth Revere and Elizabeth Revere, PLLC as Counsel for Defendant and for Protective Relief* (**"Response"**), and after considering any responses and replies, any evidence presented and any arguments of the parties, the Court finds that the Motion should be DENIED.

IT IS THEREFORE ORDERED THAT Plaintiff's Motion to Disqualify Elizabeth Revere and Elizabeth Revere, PLLC as Counsel for Defendant and for Protective Relief is DENIED in its entirety.

IT IS FURTHER ORDERED that Elizabeth Revere and Elizabeth Revere, PLLC shall not be disqualified from representing Defendant in this matter.

IT IS FURTHER ORDERED that Marlene Campbell shall not be screened or otherwise excluded from participating in this matter on the grounds asserted in Plaintiff's Motion.

__________________________
Date

_______________________________________
The Honorable Alfred H. Bennett
United States District Judge