Gmail

Beth Revere <beth@bethrevere.com>

# FW: Demand for Retraction- Defamatory Statements Regarding Lema Mousilli

1 message

**Mac Leckrone** <mac@planay.pro> Sat, Feb 28, 2026 at 12:44 PM
To: Beth Revere <beth@bethrevere.com>, Mimi Campbell <mimi@bethrevere.com>

Sincerely,

Mac Leckrone, President

PLANAY

BEND.OR.USA

www.planay.pro +1 408 396 3466

---

**From:** Mac Leckrone <mac@lloydmousilli.com>
**Date:** Tuesday, February 3, 2026 at 9:49 AM
**To:** Izabelle Hernandez <izabellehernandez611@gmail.com>
**Cc:** lloydkelley@hotmail.com <lloydkelley@hotmail.com>, kelley@lloydekelley.com <kelley@lloydekelley.com>, Kimberly Ayres <kimberly@lloydekelley.com>, Susan Anhalt <susan@slaelaw.com>
**Subject:** Re: Demand for Retraction- Defamatory Statements Regarding Lema Mousilli

Ms. Hernandez,

Please see attached.

Sincerely,

**Mac Leckrone**, Senior Counsel
Lloyd & Mousilli - Attorneys & Counselors at Law
Main: 512.609.0059 Direct: 408.396.3466
www.lloydmousilli.com

---

**From:** Mac Leckrone <mac@lloydmousilli.com>
**Date:** Tuesday, February 3, 2026 at 8:54 AM
**To:** Izabelle Hernandez <izabellehernandez611@gmail.com>
**Cc:** lloydkelley@hotmail.com <lloydkelley@hotmail.com>, kelley@lloydekelley.com <kelley@lloydekelley.com>, Kimberly Ayres <kimberly@lloydekelley.com>, Susan Anhalt <susan@slaelaw.com>
**Subject:** Re: Demand for Retraction- Defamatory Statements Regarding Lema Mousilli

Ms. Hernandez,

EXHIBIT 1

I waive service.

Sincerely,

**Mac Leckrone**, Senior Counsel
Lloyd & Mousilli - Attorneys & Counselors at Law
Main: 512.609.0059 Direct: 408.396.3466
www.lloydmousilli.com

---

**From:** Izabelle Hernandez <izabellehernandez611@gmail.com>
**Date:** Wednesday, January 7, 2026 at 2:52 PM
**To:** Mac Leckrone <mac@lloydmousilli.com>
**Cc:** lloydkelley@hotmail.com <lloydkelley@hotmail.com>, kelley@lloydekelley.com <kelley@lloydekelley.com>, Kimberly Ayres <kimberly@lloydekelley.com>
**Subject:** Re: Demand for Retraction- Defamatory Statements Regarding Lema Mousilli

Mr. Leckrone,

We have not heard back from you regarding the waiver. Please let us know.

Sincerely,
Izabelle

Paralegal for Lloyd E. Kelley

On Fri, Jan 2, 2026 at 7:29 PM Izabelle Hernandez <izabellehernandez611@gmail.com> wrote:

> Mr. Leckrone,
>
> A lawsuit has been filed against you. Pursuant to Rule 4(d) of the Federal Rules of Civil Procedure, on behalf of Plaintiff, we hereby request that you waive formal service of the summons and complaint. Waiving service will avoid the costs associated with formal service and facilitate a more efficient progression of the case.
>
> Attached are the following documents:
>
> A copy of the summons;
> A copy of the complaint; and
> A copy of the Waiver of the Service of Summons form (Form AO 399)
>
> To waive service, kindly execute and date one copy of the waiver form and return it to me within 30 days from the date of this request. Upon waiver, you will have 60 days from the date of this request to file an answer or motion under Rule 12, in lieu of the standard 21 days following formal service.
>
> Should you waive service, you will not be liable for the expenses that would otherwise be incurred for formal service. However, if you fail to return the executed waiver without good cause, you may be required to reimburse such service expenses pursuant to Rule 4(d)(2), irrespective of the ultimate outcome of the case.
>
> Thank you for your prompt attention to this request.
>
> Sincerely,
> Izabelle
>
> Paralegal for Lloyd E. Kelley
>
> On Mon, Nov 24, 2025 at 1:21 PM Mac Leckrone <mac@lloydmousilli.com> wrote:
>
> > Ms Hernandez,

For some reason your email of November 11 to me was directed to a Junk Email folder.

In any case, upon my routine review of that folder today, I'm acknowledging receipt.

I imagine will take several days to digest the meaning and provide a reply.

Sincerely,

**Mac Leckrone**, Senior Counsel
Lloyd & Mousilli - Attorneys & Counselors at Law
Main: 512.609.0059 Direct: 408.396.3466
www.lloydmousilli.com

---

**From:** Izabelle Hernandez <izabellehernandez611@gmail.com>
**Date:** Tuesday, November 11, 2025 at 5:46 PM
**To:** mac@lloydmousilli.com <mac@lloydmousilli.com>, lloydkelley@hotmail.com <lloydkelley@hotmail.com>, kelley@lloydekelley.com <kelley@lloydekelley.com>, Kimberly Ayres <kimberly@lloydekelley.com>
**Subject:** Demand for Retraction- Defamatory Statements Regarding Lema Mousilli

Dear Mr. Leckrone,

Please find legal correspondence from Attorney Lloyd E. Kelley directed to your attention attached to this email.

Sincerely,
Izabelle

Paralegal for Lloyd E. Kelley

---

**Waiver of Service.pdf**
331K

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Lema Mousilli
*Plaintiff*
v.
Daniel McNary "Mac" Leckrone
*Defendant*

Civil Action No. 4:25-cv-05642

## WAIVER OF THE SERVICE OF SUMMONS

To: Lloyd E. Kelley
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from January 2, 2026, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 3 FEB 26

*Signature of the attorney or unrepresented party*

Daniel Leckrone
*Printed name of party waiving service of summons*

Daniel Leckrone
*Printed name*

1895 NW Remarkable Dr.
Bend, OR 97703
*Address*

*E-mail address*

408 386 3466
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

Print Save As... Reset