**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **LEMA MOUSILLI,**<br>***Plaintiff,*** | § | |
| | § | |
| **v.** | § | **CIVIL CASE NO. 4:25-cv-05642** |
| | § | |
| **DANIEL MCNARY "MAC" LECKRONE,**<br>***Defendant.*** | § | **JURY DEMANDED** |
| | § | |

**ORDER**

Before the Court is Plaintiff's Motion for Leave to File Sur-Reply in Opposition to Defendant's Motion for Leave to File Second Amended Answer and Counterclaims (the "**Motion**"). Having considered the Motion, any response, and the record, the Court finds that the Motion should be **GRANTED**.

It is therefore **ORDERED** that Plaintiff's Motion for Leave to File Sur-Reply is **GRANTED**. The Clerk is DIRECTED to file the Sur-Reply attached to the motion as Exhibit A.

It is so **ORDERED**.

______________________________
**Date**

______________________________
**The Honorable Alfred H. Bennett**
**United States District Judge**