**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **LEMA MOUSILLI,** *Plaintiff,* | § | |
| | § | |
| **v.** | § | **CIVIL CASE NO. 4:25-cv-05642** |
| | § | |
| **DANIEL MCNARY "MAC" LECKRONE,** *Defendant.* | § | **JURY DEMANDED** |

**PLAINTIFF'S SECOND SET OF REQUESTS FOR PRODUCTION TO DEFENDANT DANIEL MCNARY "MAC" LECKRONE**

**TO: Defendant Daniel McNary "Mac" Leckrone, by and through his attorney of record, Elizabeth Revere, Elizabeth Revere, PLLC, 804 Sabine Street, Houston, Texas 77007.**

Pursuant to Federal Rule of Civil Procedure 34, Plaintiff Lema Mousilli requests that Defendant Daniel McNary "Mac" Leckrone produce for inspection and copying the following documents, electronically stored information, and tangible things within thirty (30) days of service. Production shall be made at the offices of The Kelley Law Firm, 2726 Bissonnet, Ste. 240, PMB 12, Houston, Texas 77005, or in such electronic format as the parties may agree.

DATE: September 14, 2026

Respectfully submitted,

*/s/ Lloyd E. Kelley*

LLOYD E. KELLEY
Attorney-in-charge
Texas State Bar No. 11203180
SDTX Federal ID No. 13497
**THE KELLEY LAW FIRM**
2726 Bissonnet Ste 240 PMB 12
Houston, Texas 77005
Telephone: 281-492-7766
Telecopier: 281-652-5973
kelley@lloydekelley.com

**ATTORNEYS FOR PLAINTIFF**

**EXHIBIT B**

**OF COUNSEL:**

Lema Mousilli
Texas State Bar No. 24056016
SDTX Federal ID No. 1358290
**MOUSILLI LAW, PLLC**
11807 Westheimer Road
Suite 550, PMB 624
Houston, TX 77077
Tel: (281) 305-9313
*lema@mousillilaw.com*
*service@mousillilaw.com*

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on all counsel of record pursuant to the Federal Rules of Civil Procedure and the District's ECF service rules on September 14, 2026, via email, on the following:

**ELIZABETH REVERE**
State Bar No. 00791513
S.D. Texas Bar No. 18329
**ELIZABETH REVERE, PLLC**
804 Sabine Street
Houston, Texas 77007
Telephone: (281) 924-8845
Facsimile: (832) 201-0584
service@bethrevere.com

*/s/ Lloyd E. Kelley*
Lloyd E. Kelley

## I. DEFINITIONS

As used throughout these discovery requests, the following terms shall have the meanings set forth below:

1. **"Plaintiff"** means Lema Mousilli, the Plaintiff in this action.

2. **"You," "Your," and "Defendant"** mean Daniel McNary "Mac" Leckrone.

3. **"L&M"** means Lloyd & Mousilli, PLLC.

4. **"Planay Entity"** means Planay LLC, The Planay Law Firm, LLC, and any predecessor, successor, affiliate, or assumed name of either.

5. **"Well Cell Global, LLC"** means the entity of that name of which Scott Hepford is identified as Chief Executive Officer in Defendant's Initial Disclosures.

6. **"Well Cell Support LLC"** means the entity identified as "Well Cell Support LLC" in the document produced at LECK-003 through LECK-005.

7. **"The Well Cell Termination"** means the communication referred to as "your recent message to L&M" in the document produced at LECK-002, which Plaintiff understands to be an electronic mail message sent on November 22, 2024 by Carol Wilson terminating the engagement of L&M by Well Cell Global, LLC and by Well Cell Support LLC.

8. **"Feras Mousilli"** means Feras Mousilli, an attorney associated with L&M.

9. **"Document"** has the broadest meaning permitted by Rule 34(a)(1)(A) and includes writings, drawings, graphs, charts, photographs, sound recordings, images, and other data or data compilations stored in any medium, including electronically stored information.

10. **"Communication"** means any transmission of information between two or more persons by any means, including electronic mail, text message, instant message, voice call, voicemail, letter, and in-person conversation.

11. **"Concerning"** means relating to, referring to, describing, evidencing, constituting, reflecting, or otherwise pertaining to, in whole or in part.

12. **"Document produced at"** a stated Bates number or range means the document Defendant produced in this action bearing that Bates number or range.

## II. INSTRUCTIONS

1. Respond in writing to each request within thirty days after service, as Rule 34(b)(2)(A) requires.

2. For each request, state that inspection and related activities will be permitted as requested, or state with specificity the grounds for objecting to the request, including the reasons, as Rule 34(b)(2)(B) requires. Produce the documents no later than the time stated in the response.

3. An objection to part of a request must specify the part and permit inspection of the rest, and every objection must state whether any responsive materials are being withheld on the basis of that objection, as Rule 34(b)(2)(C) requires.

4. Produce documents as they are kept in the usual course of business, or organize and label them to correspond to the categories in these requests, as Rule 34(b)(2)(E)(i) requires.

5. Produce electronically stored information in its native format with all metadata intact, or in a form in which it is ordinarily maintained, and in any event in a reasonably usable form, as Rule 34(b)(2)(E)(ii) requires. Do not produce as static images any electronically stored information that is ordinarily maintained in a searchable format.

6. A statement that responsive materials will be produced only under a protective order is not a response to a request. Rule 26(c) places on the party seeking protection the burden of moving for a protective order. No protective order has been sought by any party or entered by the Court in this action.

7. If You withhold any responsive document on a claim of privilege or work-product protection, describe the nature of the document in a manner that, without revealing protected information, will enable Plaintiff to assess the claim, as Rule 26(b)(5)(A) requires.

8. If You contend that no responsive document exists as to any request, state that fact and describe the search performed, including each custodian, electronic mail account, device, messaging application, and cloud storage account searched, the date range applied, and the search terms or other method used.

9. These requests are continuing in nature, and You must supplement or correct Your responses and production as Rule 26(e) requires.

10. Each request is separate and independent, and no request limits, qualifies, or is limited or qualified by any other request.

11. Unless a request states otherwise, the relevant time period is January 1, 2022 through the date of Your response.

## III. REQUESTS FOR PRODUCTION

### *A. The termination of Lloyd & Mousilli, PLLC.*

**REQUEST FOR PRODUCTION NO. 26:** All Documents and Communications concerning the Well Cell Termination.

**REQUEST FOR PRODUCTION NO. 27:** All Documents and Communications, from November 19, 2024 through December 31, 2024, by which any person informed You of the Well Cell Termination or of its substance, including the communication referred to as “your recent message to L&M” in the document produced at LECK-002.

**REQUEST FOR PRODUCTION NO. 28:** All Documents and Communications concerning the termination, non-renewal, withdrawal, or transfer of any engagement of Lloyd & Mousilli, PLLC by any client between November 19, 2024 and January 31, 2025.

**REQUEST FOR PRODUCTION NO. 29:** All Documents and Communications between You and Carol Wilson.

**REQUEST FOR PRODUCTION NO. 30:** All Documents and Communications concerning the arrest of Feras Mousilli on November 19, 2024, from November 19, 2024 through January 31, 2025.

***B. Planay, Well Cell, and Defendant's economic interest.***

**REQUEST FOR PRODUCTION NO. 31:** All Documents concerning the formation, registration, ownership, membership, and officers of Planay LLC, including filings with the Secretary of State or corresponding authority of any state.

**REQUEST FOR PRODUCTION NO. 32:** All Documents concerning the formation, registration, ownership, membership, and officers of The Planay Law Firm, LLC, including filings with the Secretary of State or corresponding authority of any state.

**REQUEST FOR PRODUCTION NO. 33:** All Documents concerning the relationship, if any, between Planay LLC and The Planay Law Firm, LLC, including any merger, conversion, assumed-name filing, or common ownership.

**REQUEST FOR PRODUCTION NO. 34:** All engagement agreements, retainer agreements, consulting agreements, statements of work, and drafts of any of the foregoing between any Planay Entity and Well Cell Global, LLC or Well Cell Support LLC.

**REQUEST FOR PRODUCTION NO. 35:** All invoices, billing statements, time records, ledgers, and payment records reflecting amounts billed to or received from Well Cell Global, LLC or Well Cell Support LLC by You or by any Planay Entity, from January 1, 2022 through the present.

**REQUEST FOR PRODUCTION NO. 36:** All Documents and Communications concerning any consulting, advisory, or professional services provided by You or by any Planay Entity to Well Cell Global, LLC or Well Cell Support LLC before November 19, 2024.

**REQUEST FOR PRODUCTION NO. 37:** All Documents and Communications bearing or concerning the subject line "Well Cell Licensing Program Continuity."

**REQUEST FOR PRODUCTION NO. 38:** All engagement agreements, retainer agreements, consulting agreements, and statements of work between any Planay Entity and any person or entity that was a client of Lloyd & Mousilli, PLLC at any time between January 1, 2022 and the present.

**REQUEST FOR PRODUCTION NO. 39:** All Documents and Communications concerning the transfer of any client, matter, or file from Lloyd & Mousilli, PLLC to You or to any Planay Entity, from January 1, 2024 through the present.

**REQUEST FOR PRODUCTION NO. 40:** All Documents concerning any origination credit, matter credit, billing credit, referral fee, or compensation received by or credited to You in connection with any matter for Well Cell Global, LLC or Well Cell Support LLC, from January 1, 2022 through the present.

***C. Bases for Defendant's statements and defenses.***

**REQUEST FOR PRODUCTION NO. 41:** All Documents constituting or reflecting the "public record" referenced in Your Response to Request for Admission No. 13.

**REQUEST FOR PRODUCTION NO. 42:** Documents sufficient to identify each jurisdiction in which You are or have been licensed to practice law and Your status in each, from January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 43:** All Documents concerning any complaint, grievance, or disciplinary proceeding filed against You with any bar association, licensing authority, or disciplinary body from January 1, 2015 through the present.