Gmail

**Beth Revere <beth@bethrevere.com>**

## Re: Mousilli v. Leckrone - Motion to strike

1 message

**Beth Revere** <beth@bethrevere.com> Tue, Oct 27, 2026 at 9:43 AM
To: Lema Mousilli <lema@mousillilaw.com>, Lloyd Kelley <kelley@lloydekelley.com>, Kimberly Ayres <kimberly@lloydekelley.com>, Mimi Campbell <mimi@bethrevere.com>

Good morning, Lloyd and Lema,

Please provide the correct cite for the *Martinez* case relied upon in your motion to strike. The incorrect cite used in your motion is below.

Thank you.

Best regards,

Beth Revere

Elizabeth Revere, PLLC
Attorney, Mediator, SHRM- SCP
www.BethRevere.com
www.MediationMosaic.com
804 Sabine Street
Houston, Texas 77007
tel 281-924-8845
fax 832-201-0584

Proud Member of
Texas Bar College
A Professional Society of Legal Scholars

***Warning on Use of Artificial Intelligence Tools.*** This email and any attachments it contains should not be entered into any artificial intelligence tool. Doing so may permanently destroy the attorney-client privilege that protects this material and exposes it to disclosure in a future dispute or litigation.

***Confidentiality Notice*** - This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. It may also be privileged or otherwise protected by work product immunity or other legal rules. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. Thank you for your time and consideration.

On Mon, Oct 26, 2026 at 4:39 PM Beth Revere <beth@bethrevere.com> wrote:

> Hi, Lema,
>
> The following cite is incorrect or truncated in some way:
>
> Martinez v. Foods, No. SA:13-CV-133-DAE, 2013 WL 12394357, at *2 (W.D. Tex. Nov. 6, 2013)
>
> Please provide a corrected cite or a copy of the case.
>
> Thank you.
>
> Best regards,
>
> Beth Revere

**EXHIBIT C**

Elizabeth Revere, PLLC
Attorney, Mediator, SHRM- SCP
www.BethRevere.com
www.MediationMosaic.com
804 Sabine Street
Houston, Texas 77007
tel 281-924-8845
fax 832-201-0584

Proud Member of
Texas Bar College
A Professional Society of Legal Scholars

🛑 ***Warning on Use of Artificial Intelligence Tools.*** This email and any attachments it contains should not be entered into any artificial intelligence tool. Doing so may permanently destroy the attorney-client privilege that protects this material and exposes it to disclosure in a future dispute or litigation.

***Confidentiality Notice*** - This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. It may also be privileged or otherwise protected by work product immunity or other legal rules. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. Thank you for your time and consideration.