**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **LEMA MOUSILLI,** *Plaintiff,* | § | |
| **v.** | § | **CIVIL CASE NO. 4:25-cv-05642** **JURY DEMANDED** |
| **DANIEL MCNARY "MAC" LECKRONE,** *Defendant.* | § | |

**ORDER ON PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S FIRST AMENDED ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIM FOR DECLARATORY JUDGMENT (DKT. 26)**

Before the Court is Plaintiff Lema Mousilli's *Opposed Motion to Strike Defendant's First Amended Answer, Affirmative Defenses, and Counterclaim for Declaratory Judgment* (Dkt. 26) (the **"Motion"**), and after considering any responses and replies, any evidence presented and any arguments of the parties, the Court finds that the Motion should be DENIED.

IT IS THEREFORE ORDERED THAT Plaintiff's Motion to Strike (Dkt. 26) is DENIED.

IT IS FURTHER ORDERED THAT Plaintiff shall file her answer to the Counterclaim for Declaratory Judgment (Dkt. 16) within fourteen (14) days of the date of this Order.

________________________
Date

____________________________________
The Honorable Alfred H. Bennett
United States District Judge