United States District Court
Southern District of Texas
**ENTERED**
October 29, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LEMA MOUSILLI, | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-05642 |
| | § | |
| DANIEL MCNARY LECKRONE, | § | |
| | § | |
| Defendant. | § | |

**ORDER OF REFERRAL TO MAGISTRATE JUDGE**

The Court has determined that this case is appropriate for referral to a United States Magistrate Judge to conduct all further pretrial proceedings, including the issuance of a Memorandum and Recommendation on any dispositive motion.

It is therefore **ORDERED** that this case is **REFERRED** to United States Magistrate Judge Yvonne Y. Ho for all pretrial matters, including the issuance of a Memorandum and Recommendation on any dispositive motion.

OCT 2 8 2026
Date

The Honorable Alfred H. Bennett
United States District Judge