# SUPPLEMENTAL UNSWORN DECLARATION OF ELIZABETH REVERE

Pursuant to 28 U.S.C. § 1746, I, Elizabeth Revere, state as follows:

1. "My name is Elizabeth Revere. I am over the age of eighteen (18), of sound mind, and competent to make this declaration. The statements herein are based on my personal knowledge and are true and correct.

2. "I am counsel for Defendant Daniel McNary Leckrone in this action. I make this declaration to supplement my Unsworn Declaration executed October 20, 2026 (Dkt. 29-1), in response to paragraph 3 of Plaintiff's Reply (Dkt. 32).

3. "I did not work on the litigation in Harris County, Texas, Cause No. 2024-72783, between Lloyd & Mousilli, PLLC, Lema Mousilli, and Feras Mousilli (the "**Partnership Litigation**") in any capacity. I did not represent any party in the Partnership Litigation, and I did not work on it while I was at Lloyd & Mousilli or in my work with Maureen Farrell.

4. "My involvement in the Partnership Litigation was as a witness. I was asked to make a witness statement about a conversation I had with Ms. Mousilli, and I signed the affidavit dated February 21, 2025 (Dkt. 22-7). I do not recall the other circumstances surrounding that affidavit, and I do not know how it was used. I also testified at trial on March 31, 2026, after being subpoenaed as a witness.

5. "The work I described in paragraph 9 of my October 20, 2026 declaration, assisting Ms. Farrell with trial preparation, at trial, and covering depositions for her, had no relation to the Partnership Litigation.

6. "At trial on March 31, 2026, Mr. Kelley asked whether I had been at Lloyd & Mousilli "working directly for Feras the whole time this lawsuit has been going on" and whether I "took over the litigation side of it." Dkt. 22-2 at 20:4–10. My answers described my work at Lloyd & Mousilli during the time the lawsuit was pending, including my position heading the firm's litigation department, which I took on in August 2024 at Feras Mousilli's request. *Id.* at 20:11–18, 27:6–12, 44:23–45:1. My answers did not mean that I worked on the Partnership Litigation. I did not.

7. "I declare under penalty of perjury that the foregoing is true and correct."

Executed on October 30, 2026.

[signature]
Elizabeth Revere

**EXHIBIT A**