**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **LEMA MOUSILLI,** | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **v.** | § | **CIVIL CASE NO.** |
| | § | **4:25-cv-05642** |
| **DANIEL MCNARY "MAC"** | § | **JURY DEMANDED** |
| **LECKRONE,** | § | |
| ***Defendant.*** | § | |
| | § | |

**ORDER**

Upon consideration of *Defendant Daniel McNary Leckrone's Motion for Leave to File Sur-Reply in Opposition to Plaintiff's Motion to Disqualify Elizabeth Revere and Elizabeth Revere, PLLC as Counsel for Defendant and for Protective Relief* (**"Motion"**), and after considering any responses and replies, any evidence presented and any arguments of the parties, the Court finds that the Motion should be GRANTED.

IT IS THEREFORE ORDERED THAT Defendant's Motion for Leave to File Sur-Reply is GRANTED. Defendant's Sur-Reply and the Supplemental Unsworn Declaration of Elizabeth Revere, attached to the Motion as Exhibits A and B, are deemed filed as of the date of this Order.

______________________ ______________________________

Date Presiding Judge