**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **LEMA MOUSILLI,**<br>*Plaintiff,*<br><br>**v.**<br><br>**DANIEL MCNARY "MAC" LECKRONE,**<br>*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL CASE NO. 4:25-cv-05642**<br><br>**JURY DEMANDED** |

**ORDER**

Before the Court is Defendant Daniel McNary Leckrone's Motion for Leave to File First Amended Answer, Affirmative Defenses, and Counterclaim for Declaratory Judgment (Dkt. 27) (the "**Motion**"). Having considered the Motion, the response and any reply, the record, and the applicable law, the Court finds that the Motion should be **DENIED**.

It is therefore **ORDERED** that Defendant's Motion for Leave to File First Amended Answer, Affirmative Defenses, and Counterclaim for Declaratory Judgment (Dkt. 27) is **DENIED**.

It is so **ORDERED**.

______________________________
**Date**

______________________________
**The Honorable Alfred H. Bennett**
**United States District Judge**