EXHIBIT B

Lema Mousilli <lema

# Mousilli v. Leckrone, No. 4:25-cv-05642 – Subpoena to Lloyd & Mousilli

**Lema Mousilli** <lema@mousillilaw.com> Mon, Nov 16, 2026 at 10:23 AM
To: Beth Revere <beth@bethrevere.com>

Beth,

You may join from this link at 10:30 am:

https://meet.google.com/edt-mxfz-mwh

Thank you,

**Lema Mousilli, JD/MBA** | Principal Attorney
Mousilli Law - Attorneys & Counselors at Law
www.mousillilaw.com

On Mon, Nov 16, 2026 at 8:28 AM Beth Revere <beth@bethrevere.com> wrote:

> Hi, Lema,
>
> Here is the number for you to call into the meeting:
> Mousilli v. Leckrone - Counsel ONLY Conference
> Monday, November 16 · 10:30 – 11:00am
> Time zone: America/Chicago
> Google Meet joining info
> Video call link: https://meet.google.com/cpx-wzdr-sto
> **Or dial: (US) +1 458-206-6387 PIN: 382 779 713#**
> More phone numbers: https://tel.meet/cpx-wzdr-sto?pin=4966297444502
>
> Best Regards,
>
> Beth Revere
>
> Elizabeth Revere, PLLC
> Attorney, Mediator, SHRM- SCP
> www.BethRevere.com
> www.MediationMosaic.com
> 804 Sabine Street
> Houston, Texas 77007
> tel 281-924-8845
> fax 832-201-0584
>
> Proud Member of Texas Bar College
> A Professional Society of Legal Scholars
>
> ***Warning on Use of Artificial Intelligence Tools.*** This email and any attachments it contains should not be entered into any artificial intelligence tool. Doing so may permanently destroy the attorney-client privilege that protects this material and exposes it to disclosure in a future dispute or litigation.
>
> ***Confidentiality Notice*** - This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. It may also be privileged or otherwise protected by work product immunity or other legal rules. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. Thank you for your time and consideration.
>
> On Mon, Nov 16, 2026 at 8:22 AM Beth Revere <beth@bethrevere.com> wrote:
>
>> Lema,

I will not have access to my phone. Please dial into the Google Meet via your phone, otherwise we will have to reschedule. I am trying to accommodate our conference. Please cooperate with that.

Beth Revere

Elizabeth Revere, PLLC
Attorney, Mediator, SHRM- SCP
www.BethRevere.com
www.MediationMosaic.com
804 Sabine Street
Houston, Texas 77007
tel 281-924-8845
fax 832-201-0584

Proud Member of
Texas Bar College
A Professional Society of Legal Scholars

***Warning on Use of Artificial Intelligence Tools.*** This email and any attachments it contains should not be entered into any artificial intelligence tool. Doing so may permanently destroy the attorney-client privilege that protects this material and exposes it to disclosure in a future dispute or litigation.

***Confidentiality Notice*** - This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. It may also be privileged or otherwise protected by work product immunity or other legal rules. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. Thank you for your time and consideration.

On Mon, Nov 16, 2026 at 8:04 AM Lema Mousilli <lema@mousillilaw.com> wrote:

> Beth,
>
> I do not agree to a link. I will call you on your office number, which is 281-924-8845
>
> Thank you,
> Lema
>
> Sent from my iPhone
>
> > On Nov 16, 2026, at 6:34 AM, Beth Revere <beth@bethrevere.com> wrote:
> >
> > Good morning, Lema,,
> >
> > If you have proposed edits to the protective order, please send them.
> >
> > As I mentioned, there will be a video call link. If you need to call into that number, you can do so. Marlene will not be on the call. Otherwise , we can reschedule to have a paralegal on the line, whether it is Marlene or someone else.
> >
> > I will also ask that the signed authorization be sent to you.
> >
> > Best regards,
> >
> > Beth Revere
> >
> > Elizabeth Revere, PLLC
> > Attorney, Mediator, SHRM- SCP
> > www.MediationMosaic.com
> > 804 Sabine Street
> > Houston, Texas 77007
> > tel 281-924-8845
> > fax 832-201-0584
> >
> > Confidentiality Notice - This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. It may also be privileged or

otherwise protected by work product immunity or other legal rules. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. Thank you for your time and consideration.

On Nov 15, 2026, at 22:37, Lema Mousilli <lema@mousillilaw.com> wrote:

Beth,

I will confer by phone. I will call you at (281) 924-8845 on Monday, November 16 at 10:30 a.m. The call is for counsel only. Marlene Campbell is a disclosed fact witness and I have removed her from this thread. Please do not add her back.

Your email says the signed acceptance is attached. Nothing was attached. Please send it prior to the call, with the name and title of the person who signed it for L&M and the date. I disagree that a partner's agreement was not required and will address that with the Court.

I understand your position that Defendant will not instruct L&M. My question is about Defendant and his counsel. Until the Court rules, will Defendant agree that he and his counsel will not accept, review, use, or share anything L&M produces, and will sequester anything received? A yes or no is enough.

Moving the start date to January 1, 2023 does not resolve my objections.

I do not agree to the order you sent on September 18. It governs documents "produced by any party to this action" (¶ A.1), leaves designation to "the producing party" (¶ B.1), and allows disclosure to "Persons who were the authors or recipients of the documents in the ordinary course of business" (¶ C.1(g)). It does not protect L&M's production of Plaintiff's records. Any production the Court permits must be limited to use in this case and may not be disclosed to Feras Mousilli, Ms. Farrell, or Farrell Legal Group. Please tell me by Monday whether Defendant agrees to that limit.

Thank you,

**Lema Mousilli, JD/MBA** | Principal Attorney
Mousilli Law - Attorneys & Counselors at Law
www.mousillilaw.com

On Fri, Nov 13, 2026 at 4:42 PM Beth Revere <beth@bethrevere.com> wrote:

Lloyd and Lema:

I have Lema's email of yesterday about Defendant's subpoena to Lloyd & Mousilli, PLLC. I am available to confer by Google Meet on Monday, November 16 at 10:30 a.m. (I have a doctor's appointment at 8:45) or Tuesday, November 17 at 2:00 p.m. Please let me know which you prefer, and I will send a link.

In advance of the conference:

1. L&M accepted service of the subpoena through its authorized representative. A copy of its signed acceptance is attached. Plaintiff's agreement was not required.

2. Nothing is due from L&M before the December 4, 2026 compliance date, and both conference times precede the deadline in your email. Defendant will not instruct a nonparty regarding its compliance with a subpoena.

3. The records sought go to the claims Plaintiff has pleaded. The Complaint alleges that Defendant falsely stated Plaintiff took money from L&M, including $75,000 (Dkt. 1 ¶¶ 14, 19–20). Plaintiff's June 9, 2026 supplemental disclosures identify an "Oct. 16, 2024 partnership withdrawal of $75,000."

4. To address your proportionality concern, Defendant will limit the subpoena's time period to January 1, 2023 to the present. That period covers the time in which Plaintiff has said she had not been paid (MOU0003–04).

5. On September 18, I sent you a proposed protective order, and I have not received a response. L&M's production can be treated as confidential as soon as Plaintiff agrees to that order. If you have changes to it, please send them before our conference.

Defendant disagrees with the remaining characterizations in your email and will not address them here.

Best regards,

Beth Revere

Elizabeth Revere, PLLC
Attorney, Mediator, SHRM- SCP
www.BethRevere.com
www.MediationMosaic.com
804 Sabine Street
Houston, Texas 77007
tel 281-924-8845
fax 832-201-0584
<noname.png>

🛑 ***Warning on Use of Artificial Intelligence Tools.*** This email and any attachments it contains should not be entered into any artificial intelligence tool. Doing so may permanently destroy the attorney-client privilege that protects this material and exposes it to disclosure in a future dispute or litigation.

***Confidentiality Notice*** - This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. It may also be privileged or otherwise protected by work product immunity or other legal rules. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. Thank you for your time and consideration.

On Thu, Nov 12, 2026 at 1:19 PM Lema Mousilli <lema@mousillilaw.com> wrote:

> Ms. Revere and Ms. Farrell:
>
> I object to the subpoena duces tecum to Lloyd & Mousilli, PLLC described in Defendant's Notice of Intent served today, November 12, 2026 and will seek relief from Magistrate Judge Ho under Section 5(b) of her Court Procedures. I am copying Special Master Lowenberg because the subpoena reaches partnership records and the firm's production in Cause No. 2024-72783, where he supervises discovery. It is attached to this email.
>
> 1. The Notice says Lloyd & Mousilli, PLLC "has agreed to accept service of the subpoena by that method." I did not agree. Please tell me who agreed on the firm's behalf, when, and whether it was done through Farrell Legal Group.
>
> 2. Ms. Revere is listed as Of Counsel to Farrell Legal Group and represents it in other litigation. She has already shared my production in this case with Ms. Farrell

(Dkt. 29-1 ¶ 8). Now someone at the firm other than me has agreed to send my compensation, payroll, and tax records to Ms. Revere. Ms. Revere and Ms. Farrell are working with Feras Mousilli to obtain my private financial information through this case. That information is clearly unrelated to this case and using a Rule 45 subpoena to get it is sanctionable. I will seek appropriate sanctions.

3. Ms. Revere, please confirm in writing by 12 p.m. on Monday, November 16, 2026, that Defendant has told Lloyd & Mousilli, PLLC not to produce anything until the Court rules, and that anything Defendant receives before then will be sequestered, not reviewed, and not shared with anyone, including Farrell Legal Group. Ms. Farrell, if you or your firm are handling the firm's response, please confirm by the same time that nothing will be produced under this subpoena until the Court rules.

4. Plaintiff's objections include:

(a) Relevance and proportionality. The subpoena asks for seven years of compensation, payroll, tax, and benefits records. Defendant objected to Plaintiff's Request for Production No. 7, which used the same January 1, 2019 start date, as "invasive of Defendant's financial privacy because it seeks virtually all financial documents and communications between Defendant and Lloyd & Mousilli, PLLC and/or Feras Mousilli over a period exceeding seven years".

(b) My personal financial and tax information, including Request No. 2.

(c) Confidential client information in fee-split and origination records (Request No. 5).

(d) Request Nos. 7 and 9, which ask for another party's contentions and for the firm's production in Cause No. 2024-72783, where discovery is before the Special Master.

(e) No protective order has been entered in this case.

5. Ms. Revere, I am available by phone on Friday, November 13 at 6:00 p.m. or Monday, November 16 at 10:00 a.m. The call is for counsel only. If we cannot resolve this on the call, I will send you the joint letter for Defendant's position and file it promptly.

Thank you,

**Lema Mousilli, JD/MBA** | Principal Attorney
Mousilli Law - Attorneys & Counselors at Law
www.mousillilaw.com