EXHIBIT
C

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **LEMA MOUSILLI,** *Plaintiff,* | § § § | |
| v. | § § | **CIVIL CASE NO. 4:25-cv-05642** **JURY DEMANDED** |
| **DANIEL MCNARY "MAC" LECKRONE,** *Defendant.* | § § § | |

**DECLARATION OF LEMA MOUSILLI**

Pursuant to 28 U.S.C. § 1746, I, Lema Mousilli, state as follows:

1. My name is Lema Mousilli. I am over eighteen years of age and competent to make this declaration. I am the Plaintiff in this action. The facts stated in this declaration are within my personal knowledge and are true and correct.

2. My brother, Feras Mousilli, and I are adverse parties in Cause No. 2024-72783 in the 295th District Court of Harris County, Texas (the "**Partnership Litigation**"), which concerns our partnership and business relationship through Lloyd & Mousilli, PLLC ("L&M"). By order signed September 8, 2026, the court expanded the duties of the Special Master, Michael Lowenberg, to all discovery matters and disputes. Maureen Farrell of Farrell Legal Group PC represents Feras Mousilli in that case.

3. Before November 12, 2026, no one, including Feras Mousilli, Maureen Farrell, Elizabeth Revere, or anyone acting on behalf of L&M, asked me whether L&M would accept service of a subpoena by email or by any other method. I did not agree to

accept service on L&M's behalf, and I did not authorize anyone to do so. I first learned of the subpoena when Defendant served his Notice of Intent on November 12, 2026.

4. Feras Mousilli has access to L&M's books and records, including the records of my compensation. He has cut me out of the info@lloydmousilli.com mailbox.

5. The subpoena seeks my personal compensation, payroll, tax, and benefits information. I have not consented to its disclosure. L&M's fee-split and origination-credit records identify L&M clients and the fees charged to them.

6. Exhibit B to Plaintiff's application is a true and correct copy of my email exchange with Elizabeth Revere from November 12 through November 16, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 16, 2026, in Harris County, Texas.

Lema Mousilli