**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **LEMA MOUSILLI,** *Plaintiff,* | § | |
| | § | |
| | § | |
| **v.** | § | **CIVIL CASE NO. 4:25-cv-05642** |
| | § | **JURY DEMANDED** |
| **DANIEL MCNARY "MAC" LECKRONE,** | § | |
| | § | |
| *Defendant.* | § | |

## ORDER

Before the Court is Plaintiff's Emergency Application for Immediate Relief to Preserve the Status Quo on Defendant's Subpoena to Non-Party Lloyd & Mousilli, PLLC (Dkt. 41), concerning the subpoena to produce documents that Defendant noticed on November 12, 2026 and directed to non-party Lloyd & Mousilli, PLLC ("L&M"). Having considered the application, the record, and the parties' letter under Section 5(b) of the Court's Procedures (Dkt. 41), the Court finds that interim relief is warranted to preserve the status quo until Plaintiff's objections to the subpoena are resolved. It is therefore

**ORDERED** that, until further order of the Court:

1. L&M shall not produce any document, electronically stored information, or object in response to the subpoena.

2. Defendant, his counsel, and anyone acting on their behalf shall not request, accept, review, use, or disclose any document produced in response to the subpoena.

3. If Defendant or his counsel has received any document produced in response to the subpoena, Defendant shall sequester it without review and shall not disclose it to any

person, including Feras Mousilli, Maureen Farrell, or Farrell Legal Group PC. Within one business day of this Order, Defendant shall file a notice identifying what was received, when, and from whom.

4. Within one business day of this Order, Defendant shall serve a copy of this Order on L&M at info@lloydmousilli.com and on Maureen Farrell at maureen@farrellpc.com, and shall file proof of that service.

5. A pre-motion conference is set for ____________, 2026, at ______ __.m. The Court will provide the setting details by separate notice.

SIGNED at Houston, Texas, on ____________________, 2026.

______________________________
YVONNE Y. HO
UNITED STATES MAGISTRATE JUDGE