**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **LEMA MOUSILLI,** | § | |
| ***Plaintiff,*** | § | |
| | § | **CIVIL CASE NO. 4:25-cv-05642** |
| **v.** | § | |
| | § | |
| **DANIEL MCNARY "MAC" LECKRONE,** | § | **JURY DEMANDED** |
| ***Defendant.*** | § | |
| | § | |
| | § | |

**ORDER**

Before the Court is Defendant's Opposed Motion for Leave to File Sur-Reply in Opposition to Plaintiff's Motion to Disqualify Elizabeth Revere and Elizabeth Revere, PLLC as Counsel for Defendant and for Protective Relief (Dkt. 35). Having considered the motion, the response, the record, and the applicable law, the Court finds that the motion should be DENIED.

It is therefore ORDERED that Defendant's Opposed Motion for Leave to File Sur-Reply (Dkt. 35) is DENIED.

Signed at Houston, Texas, on ____________________, 2026.

______________________________
YVONNE Y. HO
UNITED STATES MAGISTRATE JUDGE