**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **LEMA MOUSILLI,** | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **v.** | § | **CIVIL CASE NO.** |
| | § | **4:25-cv-05642** |
| **DANIEL MCNARY "MAC"** | § | **JURY DEMANDED** |
| **LECKRONE,** | § | |
| ***Defendant.*** | § | |
| | § | |

**ORDER**

Upon consideration of *Plaintiff's Motion for Leave to File Sur-Reply in Opposition to Defendant's Motion for Leave to File Second Amended Answer and Counterclaims* (Dkt. 31) (**"Motion"**) and *Defendant's Response to Motion for Leave to File Sur-Reply in Opposition to Defendant's Motion for Leave to File Second Amended Answer and Counterclaims* (**"Response"**), and after considering any responses and replies, any evidence presented and any arguments of the parties, the Court finds that the Motion should be DENIED.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Leave to File Sur-Reply (Dkt. 31) is DENIED, and the proposed Sur-Reply (Dkt. 31-1) shall not be considered.

It is so ORDERED.

________________________
Date

____________________________________
Yvonne Y. Ho
United States Magistrate Judge