EXHIBIT
D

Lema Mousilli <lema@mou

# Mousilli v. Leckrone - Defendant's 1st Supplemental Responses

**Mimi Campbell** <mimi@bethrevere.com> Mon, Nov 16, 2026 at 7:57 PM
To: Lloyd Kelley <kelley@lloydekelley.com>
Cc: Kimberly Ayres <kimberly@lloydekelley.com>, lema@mousillilaw.com, Beth Revere <beth@bethrevere.com>

Counsel,

Please see attached Defendant's First Supplemental Responses to First Set of Requests for Production and documents.

Thank you,
Mimi Campbell, Paralegal
Elizabeth Revere, PLLC
Attorney, Mediator, SHRM- SCP
www.BethRevere.com
www.MediationMosaic.com
804 Sabine Street
Houston, Texas 77007
tel 281-924-8845
fax 832-201-0584

*Confidentiality Notice* - This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. It may also be privileged or otherwise protected by work product immunity or other legal rules. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. Thank you for your time and consideration.

**5 attachments**

**2026.11.16 Def First Supplemental Responses to 1st RFP.pdf**
177K

**L&M0001-L&M0015 Complete Production.pdf**
2921K

**2026.11.13 Cover Letter - Subpoena Response.pdf**
177K

**2026.11.13 Certification for Business Records Subpoena Signed.pdf**
161K

**2026.11.13 Acceptance of Service of Subpoena Signed.pdf**
142K