EXHIBIT
E

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **LEMA MOUSILLI,** | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **v.** | § | **CIVIL CASE NO.** |
| | § | **4:25-cv-05642** |
| **DANIEL MCNARY "MAC"** | § | **JURY DEMANDED** |
| **LECKRONE,** | § | |
| ***Defendants.*** | § | |

**DEFENDANT DANIEL MCNARY LECKRONE'S FIRST SUPPLEMENTAL RESPONSES TO FIRST SET OF REQUESTS FOR PRODUCTION (NOS. 17, 18, AND 19)**

**COMES NOW, DEFENDANT DANIEL MCNARY "MAC" LECKRONE**, in the above-entitled and numbered cause and pursuant to Rules 26(e)(1)(A) and 34 of the Federal Rules of Civil Procedure, hereby serves his first supplemental responses to Requests for Production Nos. 17, 18, and 19 of Plaintiff's First Set of Requests for Production, and supplements his production with the documents Bates-labeled L&M0001 through L&M0015.

Dated: November 16, 2026.

Respectfully submitted,

By: */s/ Elizabeth Revere*

ELIZABETH REVERE
State Bar No. 00791513
S.D. Texas Bar No. 18329
**ELIZABETH REVERE, PLLC**
804 Sabine Street
Houston, Texas 77007
Tel: (281) 924-8845
Fax: (832) 201-0584
*service@bethrevere.com*
**ATTORNEY FOR DEFENDANT**
**DANIEL MCNARY LECKRONE**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served on all counsel of record, pursuant to the District's ECF service rules on **November 16, 2026,** ***via electronic mail*** on the following:

Lloyd E. Kelley
Attorney-in-charge
The Kelley Law Firm
2726 Bissonnet Ste 240 PMB 12
Houston, Texas 77005
*kelley@lloydekelley.com*
Attorneys for Plaintiff
Cc: *lema@mousillilaw.com*

/s/ *Elizabeth Revere*
Elizabeth Revere

## I. PRELIMINARY STATEMENT

On November 12, 2026, after serving notice and a copy of the subpoena on Plaintiff under Federal Rule of Civil Procedure 45(a)(4), Defendant served a subpoena duces tecum on non-party Lloyd & Mousilli, PLLC (**"L&M"**). On November 13, 2026, L&M produced fifteen pages of records, with a cover letter and a Certification of Records Custodian executed by Megan Weiss under Federal Rules of Evidence 803(6) and 902(11). Defendant has Bates-labeled the fifteen pages L&M0001 through L&M0015 and produces them with these supplemental responses, together with copies of L&M's cover letter and certification.

Defendant produces the L&M production in full. No document received from L&M has been withheld on the basis of any objection.

Defendant supplements only his responses to Requests for Production Nos. 17, 18, and 19. His responses to all other requests, and the objections stated in his prior responses to Requests Nos. 17 and 18, remain as previously served.

## SUPPLEMENTAL RESPONSES TO REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 17:** All Documents concerning the Partnership Litigation, including but not limited to any pleadings, orders, verdicts, trial transcripts, deposition transcripts, exhibits, or correspondence concerning the Partnership Litigation that are in Your possession, custody, or control.

**SUPPLEMENTAL RESPONSE**: Defendant's objection to this Request, as stated in his prior response, remains. No document received from L&M has been withheld on the basis of that objection.

*See* Bates No. LECK-016-030, LECK-121-122 (previously produced);
*See also* L&M0001-0015.

**REQUEST FOR PRODUCTION NO. 18:** All Documents You received, reviewed, or relied upon from any source that You contend support any allegation that Plaintiff Lema Mousilli stole, misappropriated, or wrongfully took any funds or property from Lloyd & Mousilli, PLLC, Feras Mousilli, or any other person or entity.

**SUPPLEMENTAL RESPONSE**: Defendant's objection to this Request, as stated in his prior response, remains. No document received from L&M has been withheld on the basis of that objection.

*See* Bates No. LECK-016-030 (previously produced);
*See also* L&M0001-0015.

**REQUEST FOR PRODUCTION NO. 19:** All Documents that You contend support any affirmative defense asserted in Your Original Answer and Affirmative Defenses, including but not limited to Documents supporting Your defense of truth or substantial truth.

**SUPPLEMENTAL RESPONSE**:

*See* Bates No. LECK-016-030 (previously produced);
*See also* L&M0001-0015.

**NOTICE UNDER FEDERAL RULE OF EVIDENCE 902(11)**

Under Federal Rules of Evidence 803(6) and 902(11), Defendant gives notice of his intent to offer the records Bates-labeled L&M0001 through L&M0015 as self-authenticating records of a regularly conducted activity of L&M, supported by the Certification of Records Custodian executed by Megan Weiss, Head of Operations and Custodian of Records of L&M, on November 13, 2026. A copy of the certification is served with these supplemental responses. The records and certification, in the form Defendant received them from L&M, are also available for inspection on request.