EXHIBIT
F

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **LEMA MOUSILLI,** | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **v.** | § | **CIVIL CASE NO.** |
| | § | **4:25-cv-05642** |
| **DANIEL MCNARY "MAC" LECKRONE,** | § | **JURY DEMANDED** |
| | § | |
| ***Defendant.*** | § | |

**NON-PARTY LLOYD & MOUSILLI, PLLC'S ACCEPTANCE OF SERVICE OF SUBPOENA DUCES TECUM**

1. Non-party Lloyd & Mousilli, PLLC (**"L&M"**), through its undersigned authorized representative, acknowledges receipt of the Subpoena to Produce Documents, Information, or Objects issued by Defendant Daniel McNary Leckrone in the above-captioned action, together with Exhibit A (Documents to Be Produced) and Exhibit B (Certification of Records Custodian) (collectively, the **"Subpoena"**).

2. L&M agrees to accept, and does accept, service of the Subpoena by electronic mail at info@lloydmousilli.com. L&M agrees that this service has the same force and effect as delivery of the Subpoena under Federal Rule of Civil Procedure 45(b)(1), and L&M waives any objection to the manner of service.

3. L&M agrees that the Subpoena was served on November 12, 2026 (the **"Service Date"**). Any written objection under Federal Rule of Civil Procedure 45(d)(2)(B) must be served before the earlier of the compliance date stated in the Subpoena or fourteen (14) days after the Service Date.

4. Except for objections to the manner of service, L&M does not waive any objection to the Subpoena.

5. The undersigned is authorized to accept service of the Subpoena on behalf of L&M.

**LLOYD & MOUSILLI, PLLC**

By: /s/ Megan Weiss

Name: Megan Weiss, SHRM-CP

Title: Head of Operations

Date: November 13, 2026

Email: megan@lloydmousilli.com