EXHIBIT
G

**EXHIBIT B**

**CERTIFICATION OF RECORDS CUSTODIAN**

(Federal Rules of Evidence 803(6) and 902(11))

I, Megan Weiss, declare as follows:

1. I am over eighteen years of age and competent to make this certification. I am the custodian of records of Lloyd & Mousilli, PLLC, or am otherwise qualified by my position to make this certification, and I am familiar with the manner in which its records are created and maintained.

2. Attached to this certification are 15 pages or files of records produced in response to the subpoena served in *Lema Mousilli v. Daniel McNary Leckrone,* Civil Action No. 4:25-cv-05642, in the United States District Court for the Southern District of Texas.

3. The attached records are true and correct copies of records of Lloyd & Mousilli, PLLC that were:

(a) made at or near the time of the occurrence of the matters set forth in them, by, or from information transmitted by, a person with knowledge of those matters;

(b) kept in the course of the regularly conducted business activity of Lloyd & Mousilli, PLLC; and

(c) made as a regular practice of that regularly conducted business activity.

4. To the extent no records were located in response to a particular request, I have so stated in writing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 13, 2026, in Harris County, Texas.

Megan Weiss
Signature

Megan Weiss, Head of Operations
Printed Name and Title