EXHIBIT H

LLOYD & MOUSILLI
ATTORNEYS AND COUNSELORS AT LAW

**Megan Weiss**
megan@lloydmousilli.com

November 13, 2026

***Via Electronic Mail***
Elizabeth Revere PLLC
Attn: Beth Revere
804 Sabine St,
Houston, TX 77007
service@bethrevere.com

**Re: Response Regarding Subpoena to Lloyd & Mousilli, PLLC issued in Case. No. 4:25-cv-05642 by Elizabeth Revere, PLLC**

Ms. Revere,

Please see below and attached records being provided pursuant to the referenced subpoena directed to Lloyd & Mousilli, PLLC.

**Request No. 3.** An index of all payments has been provided. No position is taken on the legal classification of the payments as a result of responding to this subpoena.

**Request No. 6.** No such documents exist.

Sincerely,

Lloyd & Mousilli, PLLC

Megan Weiss

Megan Weiss, SHRM-CP
Head of Operations, Custodian of Records