EXHIBIT
I

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| LEMA MOUSILLI,<br>Plaintiff, | §<br>§<br>§ | |
| v. | § | CIVIL CASE NO. 4:25-cv-05642 |
| DANIEL MCNARY "MAC" LECKRONE,<br>Defendant. | §<br>§<br>§<br>§ | JURY DEMANDED |

**DECLARATION OF LEMA MOUSILLI**

Pursuant to 28 U.S.C. § 1746, I, Lema Mousilli, state as follows:

1. My name is Lema Mousilli. I am over eighteen years of age and competent to make this declaration. I am the Plaintiff in this action. The facts stated in this declaration are within my personal knowledge and are true and correct.

2. Between November 12 and November 16, 2026, I exchanged emails with Elizabeth Revere, counsel for Defendant, about Defendant's subpoena to Lloyd & Mousilli, PLLC ("L&M"). Those emails are Exhibit B to Plaintiff's Emergency Application (Dkt. 41-2). In none of them did Ms. Revere state that L&M had produced any document.

3. At 8:22 a.m. on November 16, 2026, Ms. Revere emailed me L&M's signed acceptance of service of the subpoena, which is dated November 13, 2026. I overlooked that email in my rush to get the Emergency Application on file.

4. On November 16, 2026, at 10:30 a.m., Ms. Revere and I conferred by audio conference about the subpoena.

5. During the conference, I asked Ms. Revere to withdraw the subpoena. When she would not, I told her that I was going to file an emergency motion for relief, and I asked her whether Defendant would oppose it. Ms. Revere said that Defendant would not withdraw the subpoena. She did not agree to hold, sequester, or restrict the use of any production. She said that if I needed emergency relief, I should do what I needed to do.

6. At no time during the conference did Ms. Revere tell me that L&M had produced any document in response to the subpoena or that she had received any document from L&M.

7. I first learned that L&M had produced documents when I received the email from Marlene Campbell sent at 7:57 p.m. on November 16, 2026, which is Exhibit D to Plaintiff's Amended Request for Interim Relief. Before then, no one had told me that L&M had produced any document.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 17, 2026, in Harris County, Texas.

______________________________
Lema Mousilli