**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **LEMA MOUSILLI,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL CASE NO. 4:25-cv-05642** |
| | § | |
| **DANIEL MCNARY "MAC" LECKRONE,** | § | **JURY DEMANDED** |
| | § | |
| **Defendant.** | § | |

**ORDER**

Before the Court is Plaintiff's Emergency Application for Immediate Relief to Preserve the Status Quo on Defendant's Subpoena to Non-Party Lloyd & Mousilli, PLLC (Dkt. 41), as amended by Plaintiff's Amended Request for Interim Relief on Her Emergency Application and Notice of Production Under Defendant's Subpoena (Dkt. 44), concerning the subpoena that Defendant noticed on November 12, 2026 and directed to non-party Lloyd & Mousilli, PLLC ("L&M"). Having considered the application, the notice, and the record, the Court finds that interim relief is warranted pending resolution of Plaintiff's objections to the subpoena. It is therefore

ORDERED that, until further order of the Court:

1. L&M shall make no further production in response to the subpoena.

2. Defendant, his counsel, and anyone acting on their behalf shall sequester the documents L&M produced in response to the subpoena, including the pages Bates-labeled L&M0001 through L&M0015 and every other copy or form of those documents, and shall not use or disclose them for any purpose, except to submit them to the Court under seal.

3. Within two business days of this Order, Defendant shall file a certification identifying each person, other than the Court and counsel of record, to whom any part of L&M's production has been provided or its contents described, and the date of each disclosure. The certification shall identify each member of counsel's staff who has handled the production and shall state whether any copy or description has been provided to Defendant, Feras Mousilli, Maureen Farrell, or Farrell Legal Group PC.

4. L&M shall preserve the documents it produced in the form in which it keeps them, including the complete, unredacted original of the document produced as L&M0015.

5. Within one business day of this Order, Defendant shall serve a copy of this Order on L&M at info@lloydmousilli.com and megan@lloydmousilli.com and on Maureen Farrell at maureen@farrellpc.com, and shall file proof of that service.

6. A pre-motion conference is set for ____________, 2026, at ______ __.m. The Court will provide the setting details by separate notice.

SIGNED at Houston, Texas, on ____________________, 2026.

_________________________________
YVONNE Y. HO
UNITED STATES MAGISTRATE JUDGE