Gmail

**Beth Revere <beth@bethrevere.com>**

# Re: Mousilli v. Leckrone- Plaintiff's Redline of Proposed Confidentiality Order

1 message

**Beth Revere** <beth@bethrevere.com> Tue, Nov 17, 2026 at 11:01 AM
To: Lema Mousilli <lema@mousillilaw.com>, Lloyd Kelley <kelley@lloydekelley.com>, Kimberly Ayres <kimberly@lloydekelley.com>, Mimi Campbell <mimi@bethrevere.com>

Hi, Lema,

Thank you for the redline of the Agreed Stipulated Confidentiality Order. Attached is Defendant's redline against your November 16 draft. Your changes remain tracked, and ours are shown on top of them.
I agree with many of your revisions, including the caption and signature-block corrections, Exhibit A, coverage of non-party productions, service of non-party productions (I have proposed seven business days rather than three to accommodate vacations, etc.), the sealing procedure, the procedure for challenging designations, and the survival provision.

I cannot agree to the provisions concerning Ms. Campbell and Cause No. 2024-72783 (paragraphs C.3, C.11, and C.12). Those issues are the subject of Plaintiff's pending Motion to Disqualify (Dkt. 22) and should be decided by the Court on that motion, not resolved in a stipulated order. I have also:

- limited Attorneys' Eyes Only access to outside counsel, as in the original draft, which applies equally to both sides;
- limited the non-party attorney-client and sensitive personal-information categories to "Confidential" designations;
- removed the interim confidentiality treatment of prior productions, and changed the interim treatment of non-party productions from Attorneys' Eyes Only to Confidential;
- limited the Rule 502(d) paragraph to inadvertent production;
- returned paragraphs C.1, C.3, and C.4 largely to the original language.

Please let me know by Friday whether the attached is acceptable, and we will finalize it for submission to Judge Ho. If you would like to discuss, I am available by Google Meet Thursday morning (depending on when our conference with the Court is scheduled). If we cannot reach agreement, we can address the remaining issues through Judge Ho's joint-letter procedure.

Best regards,

Beth Revere

Elizabeth Revere, PLLC
Attorney, Mediator, SHRM- SCP
www.BethRevere.com
www.MediationMosaic.com
804 Sabine Street
Houston, Texas 77007
tel 281-924-8845
fax 832-201-0584

Proud Member of
Texas Bar College

***Warning on Use of Artificial Intelligence Tools.*** This email and any attachments it contains should not be entered into any artificial intelligence tool. Doing so may permanently destroy the attorney-client privilege that protects this material and exposes it to disclosure in a future dispute or litigation.

***Confidentiality Notice*** - This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. It may also be privileged or otherwise protected by work product immunity or other legal rules. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. Thank you for your time and consideration.

On Mon, Nov 16, 2026 at 6:49 PM Lema Mousilli <lema@mousillilaw.com> wrote:

> Counsel,

**EXHIBIT 1**

As you requested during our call today, attached is Plaintiff's redline of the Agreed Stipulated Confidentiality Order you sent earlier.

The redline is marked against your draft. Your draft contained pending tracked insertions in paragraph B.1; those were treated as part of your proposal, so the tracked changes in the redline reflect only Plaintiff's revisions.

Thank you,

**Lema Mousilli, JD/MBA |** Principal Attorney
Mousilli Law - Attorneys & Counselors at Law
www.mousillilaw.com

**2026.11.17v5 Agreed Stipulated Confidentiality Order - Defendant Redline.docx**
29K