**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **LEMA MOUSILLI,**<br>***Plaintiff,*** | § | |
| | § | |
| | § | |
| **v.** | § | **CIVIL CASE NO.** |
| | § | **4:25-cv-05642** |
| **DANIEL MCNARY "MAC"** | § | **JURY DEMANDED** |
| **LECKRONE,** | § | |
| ***Defendant.*** | § | |

**ORDER**

Upon consideration of *Plaintiff's Emergency Application for Immediate Relief to Preserve the Status Quo on Defendant's Subpoena to Non-Party Lloyd & Mousilli, PLLC* (Dkt. 41), as amended by *Plaintiff's Amended Request for Interim Relief on Her Emergency Application and Notice of Production Under Defendant's Subpoena* (Dkt. 44) (**"Application"**), and after considering any responses and replies, any evidence presented and any arguments of the parties, the Court finds that the Application, as amended, should be DENIED.

IT IS THEREFORE ORDERED THAT Plaintiff's Application is DENIED.

________________________
Date

____________________________________
The Honorable Yvonne Y. Ho
United States Magistrate Judge